# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-231**

**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 White Cat

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2

**Name:**   Kerry B. Brownlee
**Date:**   July 19, 2018









# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Tesler*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-212

**Effective Date of Registration:**
July 19, 2018

---

## Title
 

       **Title of Work:**   Squeezamals Series 1 Dog

## Completion/Publication
 

      **Year of Completion:**   2017
    **Date of 1st Publication:**   December 21, 2017
  **Nation of 1st Publication:**   United States

## Author
 

-         **Author:**   Benson Tjio
      **Author Created:**   sculpture
   **Work made for hire:**   No
       **Domiciled in:**   Indonesia

## Copyright Claimant
 

    **Copyright Claimant:**   Beverly Hills Teddy Bear Company
                        24625 Railroad Avenue, Newhall, CA, 91321
     **Transfer statement:**   By written agreement

## Rights and Permissions
 

    **Organization Name:**   Epstein Drangel LLP
            **Name:**   Jason M. Drangel
            **Email:**   mail@ipcounselors.com
       **Telephone:**   (212)292-5390
        **Address:**   60 East 42nd Street
                        Suite 2520
                        New York, NY 10165 United States

## Certification
 

**Name:** Kerry B. Brownlee
**Date:** July 19, 2018











## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-208

**Effective Date of Registration:**
July 20, 2018

---

### Title

| | |
|---|---|
| **Title of Work:** | Squeezamals Series 1 Monkey |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 21, 2017 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **• Author:** | Benson Tjio |
| **Author Created:** | sculpture |
| **Work made for hire:** | No |
| **Domiciled in:** | Indonesia |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beverly Hills Teddy Bear Company<br>24625 Railroad Avenue, Newhall, CA, 91321 |
| **Transfer statement:** | By written agreement |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Epstein Drangel LLP |
| **Name:** | Jason M. Drangel |
| **Email:** | mail@ipcounselors.com |
| **Telephone:** | (212)292-5390 |
| **Address:** | 60 East 42nd Street<br>Suite 2520<br>New York, NY 10165 United States |

### Certification

**Name:**  Kerry B. Brownlee
**Date**:  July 20, 2018











# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-202

**Effective Date of Registration:**
July 20, 2018

---

## Title
_____

      **Title of Work:**  Squeezamals Series 1 Panda

## Completion/Publication
_____

      **Year of Completion:**  2017
      **Date of 1st Publication:**  December 21, 2017
      **Nation of 1st Publication:**  United States

## Author
_____

  •      **Author:**  Benson Tjio
      **Author Created:**  sculpture
      **Work made for hire:**  No
      **Domiciled in:**  Indonesia

## Copyright Claimant
_____

      **Copyright Claimant:**  Beverly Hills Teddy Bear Company
      24625 Railroad Avenue, Newhall, CA, 91321
      **Transfer statement:**  By written agreement

## Rights and Permissions
_____

      **Organization Name:**  Epstein Drangel LLP
      **Name:**  Jason M. Drangel
      **Email:**  mail@ipcounselors.com
      **Telephone:**  (212)292-5390
      **Address:**  60 East 42nd Street
      Suite 2520
      New York, NY 10165 United States

## Certification
_____

**Name:**  Kerry B. Brownlee
**Date:**  July 20, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-111-230**

**Effective Date of Registration:**
July 19, 2018

*Kay H. Tesle*

Acting United States Register of Copyrights and Director

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Squeezamals Series 1 Penguin |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 21, 2017 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| **Author:** | Benson Tjio |
| **Author Created:** | sculpture |
| **Work made for hire:** | No |
| **Domiciled in:** | Indonesia |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Beverly Hills Teddy Bear Company<br>24625 Railroad Avenue, Newhall, CA, 91321 |
| **Transfer statement:** | By written agreement |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | Epstein Drangel LLP |
| **Name:** | Jason M. Drangel |
| **Email:** | mail@ipcounselors.com |
| **Telephone:** | (212)292-5390 |
| **Address:** | 60 East 42nd Street<br>Suite 2520<br>New York, NY 10165 United States |

## Certification _____

**Name:**  Kerry B. Brownlee
**Date:**   July 19, 2018









