USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2019

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEVERLY HILLS TELEPHONE COMPANY,           :
                                           :
                            Plaintiff,     :
                                           :        1:19-cv-3766-GHW
             -against-                     :
                                           :                ORDER
BEST BRANDS CONSUMER PRODUCTS, INC.,       :
and BEST BRANDS SALES COMPANY, LLC,        :
                                           :
                            Defendants.    :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference with respect to the parties' joint letter at Dkt. No. 33 on December 30, 2019 at 3:00 p.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

SO ORDERED.

Dated: December 23, 2019  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge