## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-231**

**Effective Date of Registration:**
July 19, 2018

### Title

    **Title of Work:** Squeezamals Series 1 White Cat

### Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** December 21, 2017
    **Nation of 1st Publication:** United States

### Author

    **Author:** Benson Tjio
    **Author Created:** sculpture
    **Work made for hire:** No
    **Domiciled in:** Indonesia

### Copyright Claimant

    **Copyright Claimant:** Beverly Hills Teddy Bear Company
    24625 Railroad Avenue, Newhall, CA, 91321
    **Transfer statement:** By written agreement

### Rights and Permissions

    **Organization Name:** Epstein Drangel LLP
    **Name:** Jason M. Drangel
    **Email:** mail@ipcounselors.com
    **Telephone:** (212)292-5390
    **Address:** 60 East 42nd Street
    Suite 2520
    New York, NY 10165 United States

### Certification

Page 1 of 2

Exhibit 1

**Name:** Kerry B. Brownlee
**Date:** July 19, 2018



Page 2 of 2

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1