

Exhibit 4