Exhibit 5 - Information Provided by Beverly Hills in its Copyright Registrations

| Series | Animal | Reg. No. | Author | Nature of Authorship | Year of Completion | Date of First Publication | Nation of First Publication |
|---|---|---|---|---|---|---|---|
| 1 | White Cat | VA 2-111-231 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Dog | VA 2-111-212 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Monkey | VA 2-111-208 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Panda | VA 2-111-202 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Penguin | VA 2-111-230 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Teal Cat | VA 2-140-693 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Duck | VA 2-140-694 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Ladybug | VA 2-140-678 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Pink Owl | VA 2-140-680 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Bunny | VA 2-140-672 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Fox | VA 2-140-676 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Pig | VA 2-140-679 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Narwhal | VA 2-140-698 | Benson Tjio | 3D sculpture | 2017 | Dec. 21, 2017 | U.S. |
| 1 | Unicorn | VA 2-112-188 | Benson Tjio | 3D sculpture | 2017 | Feb. 27, 2018 | U.S. |
|  | Packaging | VA 2-112-164 | Beverly Hills | 2D artwork | 2017 | Feb. 27, 2018 | U.S. |

Exhibit 5