Exhibit 13

Confidential/Attorneys' Eyes Only - Filed Under Seal