63060 - Yamani Slow Rise Squishy Animal Plush
Sold Since January 2018
Manufacturer: YAMANI LTD. - Osaka, Japan





Exhibit 16



# 83240 NARWHAL SQUISHY.
4"x2¼"x2¾". $5, $30 for 6.

83240 - Narwhal Squishy - DISCONTINUED
Sold Since January 2018
Manufacturer: YELL - Toyko, Japan



2

Exhibit 16



63060 - Yamani Slow Rise Squishy Animal Plush
Sold Since January 2018
Manufacturer: YAMANI LTD. - Osaka, Japan

Exhibit 16

63081 - Panda Plush
Sold Since January 2018
Manufacturer: Sun Lemon, Japan



Exhibit 16

66110-Panda Head Plush - DISCONTINUED
Sold Since January 2016 (estimated)
Manufacturer: Unknown



Exhibit 16

63006 - Rolling Panda Plush
Sold Since January 2018
Manufacturer: YELL, Japan



Exhibit 16

63030-All Star Animal Plush - DISCONTINUED
Sold Since January 2018
Manufacturer: YELL, Japan



63030  ALL STAR BABY ANIMAL PLUSH **BEANBAG**. Soft plush. 3¼". 20 Assorted baby animals. $4, $80 for 20 assorted animals.  4589469832705



63031  KAWAII SOFT PLUSH ANIMALS. 4¾". 6 cute animal plush are soft, sold assorted only. $6, $36 for 6 assorted cute animals.  4589469833610

18

63031-Kawaii Animal Plush Sold
Since March 2018
Manufacturer: YELL, Japan

7

BHBC000089

Exhibit 16