UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY HILLS TEDDY BEAR COMPANY<br><br>Plaintiff,<br><br>v.<br><br>BEST BRANDS CONSUMER PRODUCTS, INC.; and BEST BRANDS SALES COMPANY, LLC<br><br>Defendants. | Civil Action No. 1:19-cv-3766 |

### DECLARATION OF ROBERT C. TURNER IN AUTHENTICATION OF DOCUMENTS BATES STAMPED HASBRO- 000001 – HASBRO- 000010

I, Robert C. Turner, declare the following under penalty of perjury:

1. I am a Managing Attorney at Hasbro, Inc. ("Hasbro"), a third party who was subpoenaed by Defendants in the above-captioned action.

2. I submit this declaration to authenticate the documents produced by Hasbro in response to the subpoena, Bates numbered HASBRO- 000001 through HASBRO- 000010.

3. The document contained in HASBRO- 000001 is a true and correct copy of an email exchange dated February 24, 2020.

4. The documents contained in HASBRO- 000002-000003 are true and correct copies of images contained in Hasbro's image database of products produced in or about 2008 and 2009. The images in Hasbro's system are dated June 1, 2009 and June 23, 2009, respectively.

Exhibit 17

5. The products represented in HASBRO- 000002-000003 were sold to retailers in or about 2008 and 2009, both in the United States and internationally.

6. The document contained in HASBRO- 000004 is a true and correct copy of an email exchange dated February 24, 2020.

7. The photographs depicted in HASBRO- 000005-000010 were taken on or about February 24, 2020 at Hasbro's office located in Pawtucket, Rhode Island.

8. The product depicted in HASBRO- 000005-000010 was sold by Hasbro at the 2009 San Diego Comic Con event held in San Diego, California in July 2009.

I hereby declare that all of the facts herein are true based upon my personal knowledge, or are believed to be true to the best of my knowledge, and certify the truth of these statements under penalty of perjury.

Dated: February 28, 2020

*[signature]*

Robert C. Turner

Exhibit 17

**Limor Wigder**

| | |
|---|---|
| **From:** | Turner, Rob <Robert.Turner@Hasbro.com> |
| **Sent:** | Monday, February 24, 2020 9:03 AM |
| **To:** | Limor Wigder |
| **Cc:** | Morris E. Cohen |
| **Subject:** | RE: Beverly Hills Teddy Bear Co v Best Brands |
| **Attachments:** | Images.zip |

Thank you, Limor. I'm attaching a couple of phots that we have found internally and dated June 2009. Unfortunately, these are just images in our content database of the packaging, but our records indicate that these products would have been available beginning in either 2008 or 2009. When I'm back in the office on Monday, I can also scan in some photos of the item we discussed on the phone.

Rob Turner

Direct: (401) 727-5022
Mobile: (401) 659-5813

**From:** Limor Wigder <LWigder@goldbergcohen.com>
**Sent:** Friday, February 21, 2020 2:15 PM
**To:** Turner, Rob <Robert.Turner@Hasbro.com>
**Cc:** Morris E. Cohen <Mcohen@goldbergcohen.com>
**Subject:** Beverly Hills Teddy Bear Co v Best Brands

Mr. Turner,

Thank you for taking the time to speak with me. We look forward to you sending us images (and dates) of the costume kitty you mentioned with the eye feature from the 2009 conference.

Thanks,
Limor

HASBRO- 000001

Exhibit 17



HASBRO- 000002

Exhibit 17



HASBRO- 000003

Exhibit 17

**Limor Wigder**

| | |
|---|---|
| **From:** | Turner, Rob <Robert.Turner@Hasbro.com> |
| **Sent:** | Monday, February 24, 2020 9:10 AM |
| **To:** | Limor Wigder |
| **Cc:** | Morris E. Cohen |
| **Subject:** | RE: Beverly Hills Teddy Bear Co v Best Brands |
| **Attachments:** | SDCC 6.jpg; SDCC 1.jpg; SDCC 2.jpg; SDCC 3.jpg; SDCC 4.jpg; SDCC 5.jpg |

Limor – Following up on my email of Friday afternoon, attached are images of the San Diego Comic Con item we discussed.  Best-

Rob Turner

Direct: (401) 727-5022
Mobile: (401) 659-5813

**From:** Limor Wigder <LWigder@goldbergcohen.com>
**Sent:** Friday, February 21, 2020 2:15 PM
**To:** Turner, Rob <Robert.Turner@Hasbro.com>
**Cc:** Morris E. Cohen <Mcohen@goldbergcohen.com>
**Subject:** Beverly Hills Teddy Bear Co v Best Brands

Mr. Turner,

Thank you for taking the time to speak with me. We look forward to you sending us images (and dates) of the costume kitty you mentioned with the eye feature from the 2009 conference.

Thanks,
Limor

HASBRO-000004

Exhibit 17



HASBRO- 000005

Exhibit 17



HASBRO- 000006

Exhibit 17



HASBRO- 000007

Exhibit 17



HASBRO- 000008

Exhibit 17



HASBRO- 000009

Exhibit 17



HASBRO- 000010

Exhibit 17