Exhibit 21
Confidential/Attorneys' Eyes Only - Filed Under Seal