# Morris E. Cohen

| | |
|---|---|
| **From:** | Morris E. Cohen |
| **Sent:** | Monday, February 24, 2020 1:33 PM |
| **To:** | Jason M. Drangel |
| **Cc:** | Kerry Brownlee; Dwana Dixon; Ashly Sands; Lee Goldberg; Limor Wigder |
| **Subject:** | Beverly HIlls - Materials for tomorrow's 30(b)(6) deposition |

Jason,

Please email us the following in advance of tomorrow's 30(b)(6) deposition of Mr. Socha, or at a minimum have them available at the start of the deposition:

1) A copy of the invoice(s) showing the first sale date for each of Beverly Hill's Series 1 and Series 2 products.

2) The artboards shown in 2017 (to Target and any other customers), along with the date of each board/file.

These are materials that should have been produced quite some time ago, but we have no record of having received them yet.

Thank you.

Morris

Morris E. Cohen, GOLDBERG COHEN LLP
1350 Ave of the Americas, 3rd Flr, New York, NY 10019
Direct 646 380 2084 • Main 646 380 2087 • Fax 646 514 2123

Exhibit 22