# Morris E. Cohen

| | |
|---|---|
| **From:** | Dwana Dixon <ddixon@IPCOUNSELORS.COM> |
| **Sent:** | Friday, February 28, 2020 4:51 PM |
| **To:** | Limor Wigder |
| **Cc:** | Jason M. Drangel; Kerry Brownlee; Lee Goldberg; Morris E. Cohen |
| **Subject:** | RE: BHTBC v BB |

Counsel,

Additional production by Plaintiff has been added to the link provided earlier today. Plaintiff confirms that no additional documents are forthcoming.

Best,

Dwana



**Dwana Dixon**
Epstein Drangel LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
**T:** 212.292.5390 x 224
**F:** 212.292.5391
**E:** ddixon@ipcounselors.com

website | blog | vCard | map

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.

**From:** Dwana Dixon
**Sent:** Friday, February 28, 2020 3:03 PM
**To:** Limor Wigder <LWigder@goldbergcohen.com>
**Cc:** Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Kerry Brownlee <kbrownlee@IPCOUNSELORS.COM>; Morris E. Cohen <Mcohen@goldbergcohen.com>; Lee Goldberg <Lgoldberg@goldbergcohen.com>
**Subject:** RE: BHTBC v BB

All,

Additional production by Plaintiff may be accessed via the following link:

https://www.dropbox.com/sh/zwusd7z720i6niz/AAB3zOYeXjoamq0IX56gpkb4a?dl=0

The case sensitive password is: BHTBC2282020

We are waiting for confirmation from our client that no additional documents are forthcoming. To the extent possible, we will update counsel by the end of day today to confirm whether or not such additional documents exist and/or will be produced.

Exhibit 23