# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-111-231

**Effective Date of Registration:**
July 19, 2018

## Title _____

Title of Work:    Squeezamals Series 1 White Cat

## Completion/Publication _____

Year of Completion:    2017
Date of 1st Publication:    December 21, 2017
Nation of 1st Publication:    United States

## Author _____

• Author:    Benson Tjio
Author Created:    sculpture
Work made for hire:    No
Domiciled in:    Indonesia

## Copyright Claimant _____

Copyright Claimant:    Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
Transfer statement:    By written agreement

## Rights and Permissions _____

Organization Name:    Epstein Drangel LLP
Name:    Jason M. Drangel
Email:    mail@ipcounselors.com
Telephone:    (212)292-5390
Address:    60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification _____

Page 1 of 2

Exhibit 26

**Name:** Kerry B. Brownlee
**Date:** July 19, 2018





cv-03766-GHW   Document 42-3   Filed 01/17/20   P









# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay. H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-212**

**Effective Date of Registration:**
July 19, 2018

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Squeezamals Series 1 Dog |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 21, 2017 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Benson Tjio |
| **Author Created:** | sculpture |
| **Work made for hire:** | No |
| **Domiciled in:** | Indonesia |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Beverly Hills Teddy Bear Company |
|  | 24625 Railroad Avenue, Newhall, CA, 91321 |
| **Transfer statement:** | By written agreement |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | Epstein Drangel LLP |
| **Name:** | Jason M. Drangel |
| **Email:** | mail@ipcounselors.com |
| **Telephone:** | (212)292-5390 |
| **Address:** | 60 East 42nd Street |
|  | Suite 2520 |
|  | New York, NY 10165 United States |

## Certification _____

**Name:** Kerry B. Brownlee
**Date:** July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-111-208
**Effective Date of Registration:**
July 20, 2018

## Title _____

| | |
|---|---|
| Title of Work: | Squeezamals Series 1 Monkey |

## Completion/Publication _____

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | December 21, 2017 |
| Nation of 1st Publication: | United States |

## Author _____

| | |
|---|---|
| • Author: | Benson Tjio |
| Author Created: | sculpture |
| Work made for hire: | No |
| Domiciled in: | Indonesia |

## Copyright Claimant _____

| | |
|---|---|
| Copyright Claimant: | Beverly Hills Teddy Bear Company |
| | 24625 Railroad Avenue, Newhall, CA, 91321 |
| Transfer statement: | By written agreement |

## Rights and Permissions _____

| | |
|---|---|
| Organization Name: | Epstein Drangel LLP |
| Name: | Jason M. Drangel |
| Email: | mail@ipcounselors.com |
| Telephone: | (212)292-5390 |
| Address: | 60 East 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

## Certification _____

**Name:**   Kerry B. Brownlee
**Date:**   July 20, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay. H. Lisle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-202

**Effective Date of Registration:**
July 20, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Panda

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
**Author Created:** sculpture
**Work made for hire:** No
**Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Case 1:19-cv-03766-GHW   Document 42-3   Filed 01/17/20   Page 27 of 41

**Name:**   Kerry B. Brownlee
**Date:**   July 20, 2018

e 1:19-cv-03766-GHW   Document 42-3   Filed 01/17/20   Page 28 c













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tinsle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-230

**Effective Date of Registration:**
July 19, 2018

## Title _____

            **Title of Work:**  Squeezamals Series 1 Penguin

## Completion/Publication _____

        **Year of Completion:**  2017
     **Date of 1st Publication:**  December 21, 2017
   **Nation of 1st Publication:**  United States

## Author _____

     •    **Author:**  Benson Tjio
     **Author Created:**  sculpture
  **Work made for hire:**  No
       **Domiciled in:**  Indonesia

## Copyright Claimant _____

    **Copyright Claimant:**  Beverly Hills Teddy Bear Company
                   24625 Railroad Avenue, Newhall, CA, 91321
     **Transfer statement:**  By written agreement

## Rights and Permissions _____

     **Organization Name:**  Epstein Drangel LLP
            **Name:**  Jason M. Drangel
           **Email:**  mail@ipcounselors.com
       **Telephone:**  (212)292-5390
       **Address:**  60 East 42nd Street
                   Suite 2520
                   New York, NY 10165 United States

## Certification _____

**Name:**  Kerry B. Brownlee
**Date:**  July 19, 2018







03766-GHW    Document 42-3    Filed 01/17/20





se 1:19-cv-03766-GHW   Document 42-3   Filed 01/17/20   Page 41 of



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Lyle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-112-188

**Effective Date of Registration:**
July 25, 2018

---

## Title

      **Title of Work:**  Squeezamals Series 1 Unicorn

## Completion/Publication

      **Year of Completion:**  2017
      **Date of 1st Publication:**  February 27, 2018
      **Nation of 1st Publication:**  United States

## Author

    •   **Author:**  Benson Tjio
      **Author Created:**  sculpture
      **Work made for hire:**  No
      **Domiciled in:**  Indonesia

## Copyright Claimant

      **Copyright Claimant:**  Beverly Hills Teddy Bear Company
          24625 Railroad Avenue, Newhall, CA, 91321
      **Transfer statement:**  By written agreement

## Rights and Permissions

      **Organization Name:**  Epstein Drangel LLP
      **Name:**  Jason M. Drangel
      **Email:**  mail@ipcounselors.com
      **Telephone:**  (212)292-5390
      **Address:**  60 East 42nd Street
          Suite 2520
          New York, NY 10165 United States

## Certification

**Name:**   Kerry B. Brownlee
**Date:**   July 25, 2018















# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple* (signature)

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-693

**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Teal Cat

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification



**Name:**   Kerry B. Brownlee
**Date:**   July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Turle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-140-694**

**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Duck

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2



**Name:**   Kerry B. Brownlee
**Date**:   July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-140-678
**Effective Date of Registration:**
July 23, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Ladybug

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2



**Name:**  Kerry B. Brownlee
**Date:**  July 19, 2018











cv-03766-GHW    Document 42-4    Filed 01/17/20    Pag

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Teal*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-140-680
**Effective Date of Registration:**
July 19, 2018

---

## Title
        **Title of Work:** Squeezamals Series 1 Pink Owl

## Completion/Publication
        **Year of Completion:** 2017
        **Date of 1st Publication:** December 21, 2017
        **Nation of 1st Publication:** United States

## Author
        • **Author:** Benson Tjio
        **Author Created:** sculpture
        **Work made for hire:** No
        **Domiciled in:** Indonesia

## Copyright Claimant
        **Copyright Claimant:** Beverly Hills Teddy Bear Company
        24625 Railroad Avenue, Newhall, CA, 91321
        **Transfer statement:** By written agreement

## Rights and Permissions
        **Organization Name:** Epstein Drangel LLP
        **Name:** Jason M. Drangel
        **Email:** mail@ipcounselors.com
        **Telephone:** (212)292-5390
        **Address:** 60 East 42nd Street
        Suite 2520
        New York, NY 10165 United States

## Certification



**Name:**  Kerry B. Brownlee
**Date**:  July 19, 2018











1:19-cv-03766-GHW   Document 42-5   Filed 01/17/20   Page



Case 1:19-cv-03766-GHW    Document 42-5    Filed 01/17/20    Page 8 of 43

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Teresa*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-140-672
**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Bunny

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2

Case 1:19-cv-03766-GHW   Document 42-5   Filed 01/17/20   Page 10 of 45



**Name:**   Kerry B. Brownlee
**Date:**   July 19, 2018

e 1:19-cv-03766-GHW   Document 42-5   Filed 01/17/20   Page 11 c













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-140-676
**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Fox

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification



**Name:** Kerry B. Brownlee
**Date:** July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tesler*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-679

**Effective Date of Registration:**
July 19, 2018

## Title _____

**Title of Work:** Squeezamals Series 1 Pig

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant _____

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions _____

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification _____

Page 1 of 2



**Name:**  Kerry B. Brownlee

**Date:**  July 19, 2018





0-cv-03766-GHW     Document 42-5     Filed 01/17/20     Page









# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-140-698

**Effective Date of Registration:**
July 19, 2018

## Title
_____

**Title of Work:** Squeezamals Series 1 Narwhal

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author
_____

**Author:** Benson Tjio
**Author Created:** sculpture
**Work made for hire:** No
**Domiciled in:** Indonesia

## Copyright Claimant
_____

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions
_____

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification
_____



**Name:**   Kerry B. Brownlee
**Date:**   July 19, 2018





se 1:19-cv-03766-GHW    Document 42-5    Filed 01/17/20    Page 37 of







