Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
Dwana S. Dixon (DD 0609)
ddixon@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Beverly Hills Teddy Bear Company*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BEVERLY HILLS TEDDY BEAR COMPANY<br>*Plaintiff*<br><br>v.<br><br>BEST BRANDS CONSUMER PRODUCTS, INC.; and BEST BRANDS SALES COMPANY, LLC<br>*Defendants* | **CIVIL ACTION No. 19-cv-3766-GHW** |

**DECLARATION OF KERRY B. BROWNLEE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR A REFERRAL TO U.S. COPYRIGHT OFFICE**

I, KERRY B. BROWNLEE, hereby declare as follows:

1. I am a partner at Epstein Drangel LLP, a law firm located at 60 East 42nd Street, Suite 2520, New York, New York 10165. I am an attorney for Beverly Hills Teddy Bear Company ("BHTBC" or "Plaintiff") in this action, and I make and submit this Declaration in opposition to Defendant Best Brands Consumer Products, Inc.'s and Defendant Best Brands Sales Company, LLC's (collectively, "Defendants") Motion for a Referral to the U.S. Copyright Office (the "Motion") (*Docket Entry Nos. 54-55*).

1

2. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

3. Attached hereto as **Exhibit A** is a true and correct copy of the brief that Plaintiff submitted for its contest on 99designs.com, which was produced during discovery as BHTBC000096 to BHTBC000097.

4. Attached hereto as **Exhibit B** is a true and correct copy of an invoice issued by Plaintiff to Target, dated January 1, 2018, which indicates a ship date of December 27, 2017, which was produced during discovery as BHTBC000940.

5. Attached hereto as **Exhibit C** are true and correct copies of emails among Plaintiff's counsel and Defendants' counsel dated March 3, 2020 through March 17, 2020.

6. Attached hereto as **Exhibit D** are true and correct excerpts from the deposition of Randy Clark, which occurred on February 21, 2020.

7. Attached hereto as **Exhibit E** are true and correct excerpts from the deposition of David Socha, which occurred on February 25, 2020.

I declare under the penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on this 9th day of April, 2020 in New York, NY.

By: _____
Kerry B. Brownlee