# EXHIBIT B

**ATTORNEYS EYES ONLY**



Beverly Hills Teddy Bear Company

24625 Railroad Ave.,
Santa Clarita, CA 91321

# Invoice

| Date | Invoice # |
|---|---|
| 1/2/2018 | 70481 |

**PAID 03/13/2018**

Bill To

Target Corporate

Ship To

| P.O. No. | Terms | Due Date | Ship Date | Ship Via | Rep | FOB |
|---|---|---|---|---|---|---|
| 0204-6522583-0551 | Net 60 | 3/3/2018 | 12/27/2017 | | HO | |

| Item | Description | UPC # | Qty | U/M | Price | Amount |
|---|---|---|---|---|---|---|
| SQS00600 | Squishamals - 3.5 Inch 24 pc PDQ | 603154006005 | 984 | ea | 3.50 | 3,444.00 |

NOTE: WE HAVE MOVED!! NEW ADDRESS: 24625 RAILROAD AVE., SANTA CLARITA, CA 91321.

| | |
|---|---|
| **Total** | $3,444.00 |
| **Payments/Credits** | -$3,444.00 |
| **Balance Due (USD)** | $0.00 |

**EXHIBIT B**

BHTBC000940