# EXHIBIT C

| | |
|---|---|
| **From:** | Kerry Brownlee |
| **Sent:** | Tuesday, March 17, 2020 4:13 PM |
| **To:** | Limor Wigder; Lee Goldberg; Morris E. Cohen |
| **Cc:** | Jason M. Drangel; Ashly Sands; Dwana Dixon |
| **Subject:** | RE: Beverly Hills / Best Brands - Discovery |
| **Attachments:** | BHTBC001761_CONFIDENTIAL - ATTORNEYS' EYES ONLY.pdf |

Counsel,

Plaintiff has uncovered an additional document, which is being produced herewith, as BHTBC001761.

Hope all are staying well.

Best regards,
Kerry



**Kerry B. Brownlee**
Epstein Drangel LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
**T:** 212.292.5390
**E:** kbrownlee@ipcounselors.com

website | blog | vCard | map

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.

**From:** Dwana Dixon <ddixon@IPCOUNSELORS.COM>
**Sent:** Thursday, March 5, 2020 6:38 PM
**To:** Limor Wigder <LWigder@goldbergcohen.com>
**Cc:** Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Kerry Brownlee <kbrownlee@IPCOUNSELORS.COM>; Lee Goldberg <Lgoldberg@goldbergcohen.com>; Morris E. Cohen <Mcohen@goldbergcohen.com>; Ashly Sands <ASands@IPCOUNSELORS.COM>
**Subject:** RE: Beverly Hills / Best Brands - Discovery

Counsel,

Additional production by Plaintiff may be accessed via the following link:

https://www.dropbox.com/sh/mg09wlb5axbods7/AAApP2DUnnv7DNFN6AajjM6Pa?dl=0

The case sensitive password is:  BHTBC352020

Best,

Dwana

1

**EXHIBIT C**



**Dwana Dixon**
Epstein Drangel LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
**T:** 212.292.5390 x 224
**F:** 212.292.5391
**E:** ddixon@ipcounselors.com

website | blog | vCard | map

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.

**From:** Kerry Brownlee <kbrownlee@IPCOUNSELORS.COM>
**Sent:** Thursday, March 5, 2020 4:33 PM
**To:** Limor Wigder <LWigder@goldbergcohen.com>; Morris E. Cohen <Mcohen@goldbergcohen.com>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Dwana Dixon <ddixon@IPCOUNSELORS.COM>; Ashly Sands <ASands@IPCOUNSELORS.COM>
**Cc:** Lee Goldberg <Lgoldberg@goldbergcohen.com>
**Subject:** RE: Beverly Hills / Best Brands - Discovery

Counsel,

We disagree with your assessment that the documents provided are not responsive to your requests. Moreover, your statement regarding the artboards is incorrect. To the extent that artboards exist, they have in fact been provided (*see* BHTBC001705 to BHTBC001716), and to the extent not attached to an email, the dates of the files have been produced (*see* BHTBC001713 to BHTBC001716).

As a courtesy, despite the fact that such documents are not relevant or responsive to discovery requests, our client is searching for and compiling additional sales documents, which we expect to produce by COB tomorrow.

Otherwise, to the extent that emails or other documents were requested, we have produced such emails and documents to the extent that they exist.

Finally, it is inappropriate that the scheduling of any depositions should be held up by any of this. Plaintiff and its representatives are extremely busy, and we need to give Plaintiff's representatives sufficient notice so that scheduling can be coordinated. Accordingly, please provide us with potential dates on which Defendants would like to take any further depositions.

Thanks,
Kerry



**Kerry B. Brownlee**
Epstein Drangel LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
**T:** 212.292.5390
**E:** kbrownlee@ipcounselors.com

website | blog | vCard | map

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.

EXHIBIT C

**From:** Limor Wigder <LWigder@goldbergcohen.com>
**Sent:** Thursday, March 5, 2020 12:41 PM
**To:** Morris E. Cohen <Mcohen@goldbergcohen.com>; Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Dwana Dixon <ddixon@IPCOUNSELORS.COM>; Kerry Brownlee <kbrownlee@IPCOUNSELORS.COM>; Ashly Sands <ASands@IPCOUNSELORS.COM>
**Cc:** Lee Goldberg <Lgoldberg@goldbergcohen.com>
**Subject:** RE: Beverly Hills / Best Brands - Discovery

Counsel,

Just following up on the email below. We would like to know when we are going to receive these documents so we can schedule any further depositions.

Thanks.
Limor

**From:** Morris E. Cohen <Mcohen@goldbergcohen.com>
**Sent:** Tuesday, March 3, 2020 5:21 PM
**To:** Jason M. Drangel <JDrangel@IPCOUNSELORS.COM>; Dwana Dixon <ddixon@IPCOUNSELORS.COM>; Kerry Brownlee <kbrownlee@IPCOUNSELORS.COM>; Ashly Sands <ASands@IPCOUNSELORS.COM>
**Cc:** Lee Goldberg <Lgoldberg@goldbergcohen.com>; Limor Wigder <LWigder@goldbergcohen.com>
**Subject:** Beverly Hills / Best Brands - Discovery

Counsel,

We have reviewed the discovery recently provided. Unfortunately, it was not responsive to our requests.

Accordingly, please forward us spreadsheets, and any other records, showing sales, from inception, of the Beverly Hills Series 1, 2 and 3 products to all customers, including, but not limited to, Target and Five Below.

Also, we are still awaiting the artboards, along with the dates of the artboard files.

We also requested all further emails forwarding the artwork of the Squeezamals to customers in November 2017 and onward.

Likewise, if there are any other materials available that were requested on the record at the depositions, please forward them.

We need to receive and review those materials before we can provide you with dates and times for any further depositions.

Morris

Morris E. Cohen, GOLDBERG COHEN LLP
1350 Ave of the Americas, 3rd Flr, New York, NY 10019
Direct 646 380 2084 • Main 646 380 2087 • Fax 646 514 2123

3

**EXHIBIT C**