# EXHIBIT D

*BEVERLY HILLS TEDDY BEAR COMPANY VS.*
*BEST BRANDS CONSUMER PRODUCTS, INC.*

*RANDY W. CLARK 30(b)(6)*
*February 21, 2020*
*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*



ELLEN GRAUER
COURT REPORTING CO. LLC
A U.S. Legal Support Company

*Original File 301474.txt*
*Min-U-Script® with Word Index*

**EXHIBIT D**

```
 1     CLARK - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2         A.    No.
 3               MR. GOLDBERG:  I would like to mark
 4     as Exhibit 4 a document bearing Bates
 5     numbers BHTBC001581 through BHTBC001587.
 6               (Clark Exhibit 4, pages Bates stamped
 7         BHTBC001581 to BHTBC001587, marked for
 8         identification, as of this date.)
 9         Q.    Mr. Clark, take a look at number 4.
10     This might be from Mr. Socha because it
11     concerns the design, but you let me know
12     whether you can speak to this document in
13     general terms.
14         A.    I don't know who Len Smith is.
15         Q.    Okay.
16         A.    I'm sorry.  What did you want?
17         Q.    That's pretty much my question.
18         A.    I'm sorry.  I don't know who Len
19     Smith is.
20         Q.    Have you ever heard of --
21               On the third page there's a
22     reference to BC Mini.  Do you see that?  Are
23     you familiar with BC Mini?
24         A.    Yeah.  Yeah, I've heard of them.
25         Q.    What do you know about them?
```

**EXHIBIT D**

```
 1    CLARK - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2         A.    I believe that they are -- this is
 3    BC USA but I thought they were a Japanese
 4    company and they do gifts, toys, all sorts of
 5    stuff.  Yeah, basically.
 6         Q.    Do you have an understanding of why
 7    Ms. Claussen was sending to Len Smith the
 8    website of BC Mini?
 9         A.    Yeah.  So Kana is 100 percent
10    Japanese and speaks fluent Japanese and we
11    often -- you know, in the toy world it's
12    pretty common knowledge that Japan is an
13    incredible place for new product and
14    innovation, and so a lot of times we've
15    actually sent Kana over to Japan to go to
16    Tokyo Toy Fair to look at trends, I think one
17    of the big things in toys is trends, to see
18    what consumers and a lot of stuff starts in
19    Japan.
20               And so being a trend-based company
21    my guess is at the time we know for a fact
22    that the slow rise category was growing.  It
23    was big.  And at that time that's why
24    Squeezamals is so unique, because we're the
25    first to do plush around it.
```

**EXHIBIT D**

```
 1      CLARK - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2              (Reporter requested clarification.)
 3      A.     Do plush skin around foam.  So my
 4   understanding -- and I could be wrong, my
 5   understanding is BC Mini does foam product,
 6   polyurethane foam, PU foam is what we call it,
 7   and that it is --
 8              MR. GOLDBERG:  Is it P-U, the
 9       letters?
10      A.     Yes, the letters PU foam, and they
11   do PU foam and they have their own foam items.
12   That's what I recall of BC Mini.
13      Q.     Do you know whether BC Mini has
14   ever done a toy -- a plush toy similar to
15   this?  And "this," I'm picking up one of
16   the -- I'm picking up Plaintiff's Exhibit 23
17   in terms of just the figure of the PU foam
18   covered by material.
19      A.     No.  To my knowledge, they haven't.
20   They haven't done anything like that.
21      Q.     Do you know whether Ms. Claussen
22   went to Japan prior to the development of the
23   Squeezamals?
24      A.     Not on our behalf, no.  She went I
25   believe it was this last -- I don't know when.
```

**EXHIBIT D**

```
 1     CLARK - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2   The Japan Toy Fair, went to the last one.  I'm
 3   guessing it was last summer and --
 4        Q.    Is it normally in the summertime,
 5   the toy fair in Japan?
 6        A.    I don't know.  It's always the same
 7   time of year, that's all I know, but I'm not
 8   sure when it was.  But she went.  Prior to
 9   that I don't think she went before that.
10              But what she does do is -- you
11   know, again, in toys it's about following the
12   trends and so she is, being Japanese, very
13   interested in Japanese toys.
14        Q.    So as part of her visits to Japan
15   would she normally go to the Japanese Toy
16   Fair?
17              MR. DRANGEL:  Objection.
18        A.    She went one time.
19        Q.    Do you know when?
20        A.    I don't know the exact date.  It
21   would have been within the last year, within
22   one year.
23        Q.    Was it before or after the
24   development of Squeezamals?
25        A.    It was after.
```

**EXHIBIT D**