# EXHIBIT E

*BEVERLY HILLS TEDDY BEAR COMPANY VS.*
*BEST BRANDS CONSUMER PRODUCTS, INC.*

*DAVID SOCHA*
*February 25, 2020*
*HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY*



*Original File 301478.txt*
*Min-U-Script® with Word Index*

**EXHIBIT E**

```
 1   about.
 2           Q.      Right.
 3                   We're talking about "the mini
 4   collectables craze is alive and well," what is
 5   that referring to?
 6           A.      Looks like it's talking about
 7   Shopkins.
 8           Q.      What are Shopkins?
 9           A.      Collectible like grocery plush -- I'm
10   sorry, collectible grocery figurines.
11           Q.      Okay.  Anything else you discussed?
12           A.      Talking about Squishamal mini plush
13   animals and food.
14           Q.      Okay.
15           A.      She liked the idea.  I'm just reading
16   what it says, so...
17           Q.      "She" meaning Maura Kelly liked the
18   idea?
19           A.      Yes.
20           Q.      What are BC Mini?  See it says "BC
21   Mini"?
22           A.      Yes.  That's a -- it's like a pencil
23   company.  They do a lot of pencils and little
24   trinkets from what I know about them.
25           Q.      What do you know about them?
```

**EXHIBIT E**

```
 1        A.      Actually, I know more about them now
 2   because they're literally right next to our booth.
 3   And they had a lot of pencils and little tape
 4   dispensers and -- I'm trying to think what else they
 5   had.  Erasers maybe.
 6        Q.      When were they next to your booth?
 7        A.      At Toy Fair this week.  Not next to
 8   it, but in the next aisle over, two aisles over.
 9        Q.      In the past, have you seen them at
10   the toy show -- any toy fairs?
11        A.      I don't think so.
12        Q.      Did they have any animal-shaped
13   products?
14        A.      In their booth, I don't -- I don't
15   recall.  I saw a lot of pencils.  That's what I
16   remember on the front facing.
17        Q.      You see it says, "I showed her" --
18   meaning Maura Kelly -- "BC Mini (Japanese
19   collectible brands) and told her we were
20   developing squishable mini plush in animals and
21   food."
22                Do you see that?
23        A.      Yes.
24        Q.      What does that refer to?
25        A.      I'm not sure.  I mean, Japanese
```

**EXHIBIT E**

1  culture is a big trend.  So talking my head
2  designers is Japanese.  So I'm sure that was talking
3  about Japanese collectible brands.
4        Q.    What do you mean "it's a big trend"?
5        A.    People like Japanese-inspired products
6  in America.
7        Q.    And how long has that been the case?
8        A.    Ten years -- I don't know.  Hello
9  Kitty.  I mean, I don't know.  I guess, yeah.
10       Q.    It says that "Neil showed the Target
11 plush buyer the BC Mini.  I'm told that we were
12 developing squishable mini plush in animals and
13 food."
14             Can you elaborate on that?
15       A.    Could you say that again?
16       Q.    Sure.
17             There's a line here, "I showed her
18 BC Mini (Japanese collectibles brand) and told her
19 we were developing squishable mini plush in
20 animals and food."
21             Can you elaborate on that?  What
22 were you developing at that time?
23       A.    I think we were talking development of
24 Squeezamals.
25       Q.    It says, "Check out BC Minis for

**EXHIBIT E**

1　inspiration" -- well, before that it says, "She
2　loves the idea.  Could be Shopkins like in plush.
3　Would be a massive launch because of an exclusive
4　program at Target in 2018."
5　　　　　　　Was this strategy that you discussed
6　in the meeting?
7　　　　A.　Yeah.  I mean, I think doing a slow
8　rise plush, we discussed that, yes.
9　　　　Q.　Did you make any decisions whether
10　you were going to move forward with that?
11　　　　A.　We were going to try to develop it,
12　sure.
13　　　　Q.　So at this time, you decided you
14　were going to develop this type of a product?
15　　　　A.　Correct.
16　　　　Q.　It says, "Check out BC Minis for
17　inspiration."
18　　　　　　　Did you check out the BC Minis for
19　inspiration?
20　　　　A.　I don't know if I did.  My team did.
21　　　　Q.　Who on your team would have done
22　that?
23　　　　A.　Kana.
24　　　　Q.　Do you remember having any
25　conversation with Kana about checking out BC

**EXHIBIT E**

```
 1   Minis?
 2        A.    Not specifically, no.
 3        Q.    Do you remember having any
 4   discussions with anyone about BC Minis?
 5             MS. DIXON:  You mean in 2017?
 6             MR. COHEN:  Yes, at this point -- at
 7        this time.
 8             THE WITNESS:  Maybe Neil.
 9   BY MR. COHEN:
10        Q.    Anyone else?
11        A.    I don't think so.
12        Q.    What about Luke Solomon?
13        A.    I don't recall.
14        Q.    You don't recall either way?
15        A.    No.
16        Q.    So is it fair to say at this point
17   in time, you wanted to develop what's now known as
18   the Squeezamal products?
19        A.    Yes.
20        Q.    How did you go about doing that?
21   What did you do next?
22        A.    Probably had a meeting with the team
23   and -- like we do with all new products, and had a
24   kickoff of what we're going to try and do.
25        Q.    And who's the team?
```

**EXHIBIT E**

```
 1                You said that you see buyers in
 2     Dallas; right?
 3          A.    Pardon me?  I'm sorry.
 4          Q.    There are buyers in the Dallas Toy
 5     Show, that was on the top of the -- that's what we
 6     were up to.
 7          A.    On 1588?
 8          Q.    1589 at the top.
 9          A.    Oh, 1589.  I'm sorry.
10                Oh, yeah, I'm asking which buyers
11     would be in Dallas, yes.
12          Q.    Would you meet buyers in the Dallas
13     Toy Show?
14          A.    Yes.
15          Q.    Would you meet buyers in other toy
16     shows?
17          A.    I'm sure all the toy shows, yes.
18          Q.    Did you ever go to the Tokyo show?
19          A.    I have not.  Kana just went this last
20     year, I think.  So, what, six months ago.
21          Q.    Did she go to another Tokyo ones?
22          A.    I don't know.
23          Q.    She so went to the one -- when was
24     it?
25          A.    I want to say June or July, but I
```

**EXHIBIT E**

```
 1  could be wrong.
 2       Q.    2019, and she --
 3       A.    I believe so.  I think it was this
 4  year or last year.
 5       Q.    Anyone else go to Tokyo Toy Show?
 6       A.    From our company, no.
 7       Q.    Did Kana go to all the toy shows
 8  that you mentioned?
 9       A.    No.
10       Q.    Which ones did she go to?
11       A.    On occasion, I couldn't name the
12  specific ones she's been at, but she was on this
13  New York Toy Fair.  But it just rotates with who
14  goes.
15       Q.    So she's in New York or was in
16  New York?
17       A.    Just to set up, I think.  And for the
18  Women in Toys award dinner.  That was it.
19       Q.    You see the next line of the e-mail
20  that we're on, "In terms of Squishamals, you want
21  these with the nonexpressive Japanese eyes, right,
22  not the cartoony eyes."
23             What does that mean?
24       A.    Just referring to make it more
25  Japanesy and not cartoony.
```

**EXHIBIT E**