# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-231**

**Effective Date of Registration:**
July 19, 2018

## Title

**Title of Work:** Squeezamals Series 1 White Cat

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2

Exhibit 1

**Name:** Kerry B. Brownlee
**Date:** July 19, 2018





Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1