CONFIDENTIAL

**Dwana Dixon**

| | |
|---|---|
| **From:** | David Socha <david@plush.com> |
| **Sent:** | Thursday, September 21, 2017 4:39 PM |
| **To:** | Neil Kohler |
| **Cc:** | Geoff Wolanski |
| **Subject:** | RE: FW: Revised SnapBolx Logo |

to be clear...what do you mean by Sushi Cat?

we want to get this rigth...and make a big deal of it next month!
d

**From:** Neil Kohler [mailto:neil.kohler@thewilkogroup.com]
**Sent:** Thursday, September 21, 2017 1:24 PM
**To:** David Socha <david@plush.com>
**Cc:** Geoff Wolanski <geoff.wolanski@thewilkogroup.com>
**Subject:** Re: FW: Revised SnapBolx Logo

Hi David,

I will leave it to your designers to make the right "eyes" for Squishamals. Frankly, I think the BC Mini squishie - food direction is just as good as animals. Also, Sushi Cats are big right now - that could be a cool and quirky way to do chase characters.

Check out http://www.bcmini.com/

Neither Vu, Amy nor Maura are in Dallas. I have asked all the buyers for appointments in MSP in October.

FYI - Neil


On Thu, Sep 21, 2017 at 3:18 PM, David Socha <david@plush.com> wrote:

> Hope your trip was a success---
>
>
> Thanks for the input Neil...
>
>
> Your expertise is key...
>
>
> a few questions:

BHTBC001588

Exhibit 6

**CONFIDENTIAL**

1. which buyers will we see in Dallas? (Target)

2. in terms of Squishamals---you want these with the non-expressive Japanese eyes? right? not the cartoony eye? Also, about the size of our Surprizamals?

any other ideas let us know.

thanks

D


**From:** Neil Kohler [mailto:neil.kohler@thewilkogroup.com]
**Sent:** Thursday, September 21, 2017 12:17 PM
**To:** David Socha <david@plush.com>
**Cc:** Geoff Wolanski <geoff.wolanski@thewilkogroup.com>
**Subject:** Re: FW: Revised SnapBolx Logo


Hey David,

Great meeting on Tuesday. Lots to follow up on. In terms of priorities, here's what I see as top opportunities:

Surprizamals and Ubals -

1. Show Amy Stassen for collectibles. Build an exclusive Surpizamals series for 2018 at Target - maybe using foil/metallic fabribcs only available at Target. Ubals would be a first pitch as a collectible.

2. Work with Amy to get Surprizamals off the base deck. Geoff is already working to get the Pres Min changed so we get back in stock. Essential to fix this ASAP.


SNAP BLOX

BHTBC001589

Exhibit 6

**CONFIDENTIAL**

I like the way the letters are linked in the word BLOX on the one on the left. Seems like you could do that for both the words and show how the BLOX all interlink? I'd also like to see more colors for the background so it's SUPER obvious that it's multiple tiles.

We will see Vu and Bridget in MSP on Snap Blox for sure. I showed them the photo of the sword again later on Tuesday. They like it and will definitely meet with you. Think Minecraft. Make minecrafty-things. Show me a sheep and a pig and a green castle with a blue pond. Try the minecraft pallet and see what you can get. I really like that angle.

SQUISHAMALS and SUPER CUTE MINI FOOD PLUSH

As discussed in your showroom, the mini-collectibles craze is alive and well, particularly in specialty. I was with Maura Kelly (Target plush buyer) on Tuesday and we were comp-shopping specialty stores (as I mentioned we would be). I showed her BC Mini (Japanese collectibles brand) and told her we were developing squishable mini-plush in animals and food. Think $2.99 blind bags, think $7.99 peggable 3-packs. She loves the idea. Could be Shopkins-like in plush. Would be a massive launch as an exclusive program at Target in 2018. Check out BC Minis for inspiration. Your team will know this and we can win big by doing the squishies trend in plush.

FOLLOW ZOO seems like a tough sell. I think we have bigger fish to fry.

My thoughts. Thanks again for all of your time and support! Let's go make some $$ together!

Neil

On Tue, Sep 19, 2017 at 5:35 PM, David Socha <david@plush.com> wrote:

> which logo do you like better?
>
> d

**From:** Kana Claussen
**Sent:** Monday, September 18, 2017 10:34 AM
**To:** David Socha <david@plush.com>; Randy Clark <randy@plush.com>; Cristy Collins <cristy@plush.com>
**Subject:** Revised SnapBolx Logo

3

BHTBC001590

Exhibit 6

**CONFIDENTIAL**

Thank you,

Kana Claussen

Creative Service

661-200-7779

Beverly Hills Teddy Bear Co.

24625 Railroad Ave.

Santa Clarita, CA 91321

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--

Neil Kohler

The Wilko Group

+1.615.668.9500

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

BHTBC001591

Exhibit 6

CONFIDENTIAL

--
Neil Kohler
The Wilko Group
+1.615.668.9500

BHTBC001592

Exhibit 6