CONFIDENTIAL



BHTBC001356

CONFIDENTIAL



BHTBC001357