CONFIDENTIAL



BHTBC001358










