CONFIDENTIAL



BHTBC001360

CONFIDENTIAL

















































