CONFIDENTIAL

Kana Claussen
Creative Service
661-200-7779
Beverly Hills Teddy Bear Co.
24625 Railroad Ave.
Santa Clarita, CA 91321

**From:** David Socha <david@plush.com>
**Date:** Monday, November 20, 2017 at 9:15 AM
**To:** Luke Solomon <luke@plush.com>, Kana Claussen <kana@plush.com>, Mimi Angeles <mimi@plush.com>, Randy Clark <randy@plush.com>, Justin Kinder <justin@plush.com>
**Subject:** RE: 50 Squishamals Illustrations

can we put our eyes on there? can they do it?

**From:** Luke Solomon [mailto:luke@plush.com]
**Sent:** Monday, November 20, 2017 8:20 AM
**To:** Kana Claussen <kana@plush.com>; Mimi Angeles <mimi@plush.com>; David Socha <david@plush.com>; Randy Clark <randy@plush.com>; Justin Kinder <justin@plush.com>
**Subject:** 50 Squishamals Illustrations

Hi all,

Attached are the 50 Squishamal designs from 99Design.
--
**Luke Solomon**
Beverly Hills Teddy Bear Company
24625 Railroad Ave.
Newhall, CA 91321
Phone: 661-257-0750 ext. 309
BHTeddyBear.com
Surprizamals.com

<image001.png>

<Squishamals_Season1-01.png>

BHTBC001353

Exhibit 10