**CONFIDENTIAL**

## Dwana Dixon

| | |
|---|---|
| **From:** | David Socha <david@plush.com> |
| **Sent:** | Sunday, October 15, 2017 9:12 AM |
| **To:** | pkscher@aol.com |
| **Subject:** | Squishamals |

We have a new line that is getting a lot of attention at the show in Hong Kong.  We will send u a confidential spec.  Scott will send to you later.   This line is perfect for 5 below.

Also we need them to confirm Ubals.

How is Juliet?

Sent from my iPhone

1

BHTBC001625

Exhibit 11