*BEVERLY HILLS TEDDY BEAR COMPANY VS.*
*BEST BRANDS CONSUMER PRODUCTS, INC.*

*LUKE SOLOMON*
*January 22, 2020*



*Original File 297402.txt*
Min-U-Script® with Word Index

Exhibit 13

| BEVERLY HILLS TEDDY BEAR COMPANY VS. | LUKE SOLOMON |
|---|---|
| BEST BRANDS CONSUMER PRODUCTS, INC. | January 22, 2020 |

### Page 1

```
 1  UNITED STATES DISTRICT COURT
 2  SOUTHERN DISTRICT OF NEW YORK
    ---------------------------------------x
 3  BEVERLY HILLS TEDDY BEAR COMPANY,
 4            Plaintiff,
 5       v.
 6  BEST BRANDS CONSUMER PRODUCTS,
    INC.; and BEST BRANDS SALES
 7  COMPANY, LLC,
 8            Defendants.
 9  Civil Action No. 19-cv-3766-GHW
    ---------------------------------------x
10
11             10350 Santa Monica Boulevard
                 Los Angeles, California
12
                 January 22, 2020
13                  9:55 a.m.
14
15            DEPOSITION of LUKE SOLOMON, taken on
16  behalf of the Defendants, before Vivian C. Lane,
17  Certified Shorthand Reporter No. 11339.
18
19
20
21
22
23        ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24             New York, New York 10022
                    212-750-6434
25                 REF:  297402
```

### Page 2

```
 1  A P P E A R A N C E S:
 2
 3  EPSTEIN DRANGEL LLP
 4  For Plaintiff
 5       60 East 42nd Street, Suite 2520
 6       New York, New York 10165
 7  By:  JASON M. DRANGEL, ESQ.
 8       (Videoconference Appearance)
 9       KERRY B. BROWNLEE, ESQ.
10       (Videoconference Appearance)
11       (212)292-5390
12       jdrangel@ipcounselors.com
13       kbrownlee@ipcounselors.com
14
15  BESHADA FARNESE LLP
16  For Plaintiff
17       10250 Constellation Boulevard, 23rd Floor
18       Los Angeles, California 90067
19  By:  PETER J. FARNESE, ESQ.
20       (310)356-4668
21       pjf@beshadafarneselaw.com
22
23
24
25
```

### Page 3

```
 1  A P P E A R A N C E S (Cont'd):
 2
 3  GOLDBERG COHEN LLP
 4  For Defendants
 5       1350 Avenue of the Americas, Third Floor
 6       New York, New York 10019
 7  By:  LEE A. GOLDBERG, ESQ.
 8       (Videoconference Appearance)
 9       MORRIS E. COHEN, ESQ.
10       (Videoconference Appearance)
11       (646)380-2084
12       lgoldberg@goldbergcohen.com
13       mcohen@goldbergcohen.com
```

### Page 4

```
 1  ------------------- I N D E X -------------------
 2  WITNESS                EXAMINATION BY        PAGE
 3  LUKE SOLOMON           MR. GOLDBERG             6
 4
 5
 6  ----------------- E X H I B I T S ---------------
 7  DEFENDANTS'  DESCRIPTION                  FOR I.D.
 8  Exhibit 1    Printout of BHTBC Organization    11
 9                Chart Bates stamped BHTB000001;
10                1 page
11  Exhibit 2    Documents Bates stamped           19
12                BHTB000096 and BHTBC000097; 2
13                pages
14  Exhibit 3    "Plaintiff's Responses to         27
15                Defendants' Second Set
16                Interrogatories to Plaintiff";
17                11 pages
18  Exhibit 4    Documents Bates stamped           29
19                BHTBC000086 and 87 and BHTBC
20                90 through 93; 6 pages
21  Exhibit 5    Documents Bates stamped           30
22                BHTBC000098 through
23                BHTBC0000100; 3 pages
```

Exhibit 13

BEVERLY HILLS TEDDY BEAR COMPANY VS.
BEST BRANDS CONSUMER PRODUCTS, INC.

LUKE SOLOMON
January 22, 2020

**Page 9**

1  primarily, I guess my title would be Office Assistant.
2  Basically just greeting people who came in through the
3  office, running errands, just doing the work that no one
4  else wanted to do, and then as time progressed, I became
5  the Warehouse Coordinator/Manager handling e-commerce
6  orders from our e-com websites. And then after that, I
7  transitioned -- our company was very small at the time,
8  so we needed some marketing help. So I handled the -- a
9  lot of marketing and eventually became somewhat of a
10 Marketing Coordinator/Manager for a couple of years. And
11 then more recently, I've become the -- like a Customer
12 Order Management Specialist like in operations.
13    Q   Can you give me -- and I don't know if there is
14 a finite time period when you switched those positions,
15 if you recall, you know, when you started -- you told me
16 you started as Office Assistant and you went to Warehouse
17 Coordinator.
18       Do you know when that happened?
19    A   I don't recall exactly. I could -- I mean,
20 it's on my resume, but I could -- I started around
21 February/March of 2015 at Beverly Hills Teddy Bear, and I
22 became -- I started working in the warehouse probably by
23 the summer, so I would say June at the latest.
24    Q   Okay. And then Marketing Coordinator?
25    A   Yeah. Marketing Coordinator, that was I'd say

**Page 10**

1  at the end of 2015, start of 2016.
2       THE REPORTER: Could you maybe turn up your mic a
3  little? I'm having a hard time hearing you.
4       MR. GOLDBERG: Yeah.
5       Is this better?
6       THE REPORTER: Yes. Thank you.
7  BY MR. GOLDBERG:
8     Q   And then at the last position you started maybe
9  beginning of 2016 through the present?
10    A   No. It was -- I was in marketing for a while.
11 Let me think.
12       I probably started -- I don't recall exactly,
13 but I probably started in the -- you know, order
14 management in the beginning of 2018.
15    Q   Okay. Did you always report to the same person
16 as the Customer Order Management?
17    A   What do you mean? Like, I did report to David
18 Socha or the CEO?
19    Q   Let me show you what has been --
20       Ms. Court Reporter, if you can show the
21 witness -- and we'll mark it as Solomon No. 1 -- an
22 organizational chart. It's Beverly Hills No. 1.
23 BY MR. GOLDBERG:
24    Q   Mr. Solomon, I've put before you --
25       THE REPORTER: Just a second. We don't have it yet.

**Page 11**

1       Maybe I should let you do this.
2       (Defendants' Exhibit 1 was marked for
3  identification by the court reporter and was
4  attached hereto.)
5       THE WITNESS: Oh, okay.
6  BY MR. GOLDBERG:
7     Q   Mr. Solomon, have you ever seen this document
8  before?
9     A   I have.
10    Q   Okay. Tell me what it is.
11    A   This is the Beverly Hills Teddy Bear
12 organizational chart that we recently implemented.
13 This -- or actually, in the end of 2019 is when we first
14 implemented this, but, yeah, I'll let you ask your
15 question again.
16    Q   Sure. And it has you listed here as Customer
17 Order Management Specialist --
18    A   Yes.
19    Q   -- right?
20    A   Uh-huh.
21    Q   And it appears that you report to Kelly
22 Rich -- how do you pronounce her last name?
23    A   Taitz, Kelly Rich-Taitz.
24    Q   Okay. And that's spelled T-a-i-t-z --
25    A   Correct.

**Page 12**

1     Q   -- right?
2     A   Yeah.
3     Q   Is that your direct report? Is that who you
4  report to now?
5     A   Yes, currently that's who I report to.
6     Q   Okay. And have you always reported to her --
7     A   No.
8     Q   -- as an order management?
9     A   Oh, I'm sorry. I should have let you
10 answer -- or finish asking.
11       Ever since I start in this position, yes, she
12 has been the primary person that I've had to report to.
13    Q   Okay. Do you report to anybody else?
14    A   The only other person would be the CEO, David
15 Socha.
16    Q   And in what instance do you report to David
17 Socha?
18    A   In my current position, I -- I don't report to
19 him as much as I used to, but I only report to him when
20 there's inventory questions or stock issues that he wants
21 to be made aware about.
22    Q   Did you report to him as Marketing Coordinator?
23    A   Yes, he was my main point of contact and who I
24 reported to all the time when doing marketing.
25    Q   Is this a current organizational chart? You

Exhibit 13

Page 17

1  have today?
2  A   Do you mind if I look at the organizational
3  chart?
4  Q   Sure.
5  A   Okay.
6  Q   And any exhibits that may help you, feel free
7  to look through.
8  A   Great. Currently, right now, there are three
9  design -- or I'm sorry, four designers.
10 Q   Okay. And you see that under Kana Claussen --
11 A   Correct.
12 Q   -- on the right-hand side?
13 A   Correct.
14 Q   And they all report to Kana Claussen --
15 A   Yes.
16 Q   -- correct?
17     And Kana Claussen from the chart, it looks like
18 she reports to Cristy Collins?
19 A   Yes. That's relatively new. That's why we,
20 you know, made this organizational chart was to -- to see
21 who reports to who. But before this was published, I
22 believe there was no direction on who Kana reported to.
23 Q   Okay. Were there any other organizational
24 charts that you remember, any one from previously --
25 A   No.

Page 18

1  Q   -- or is this --
2  A   This is new. This is the first time I've seen
3  this.
4  Q   First time you've seen any organizational
5  chart?
6  A   Uh, yes.
7  Q   Can you -- let's talk about the Squeezamals for
8  a second.
9      Can you tell me to the extent you know is how
10 these Squeezamals were developed --
11 A   Yeah.
12 Q   -- or designed?
13 A   Yeah, all through 99design. We had created
14 this contest. If you don't know -- I'm sure you know
15 99design but you basically submit what you would like,
16 kind of like a brief of, you know, what you want designed
17 and then a bunch of freelance designers submit their
18 designs and it's basically a contest and you -- you pick
19 the winners -- winner or winners.
20     And in this case, we just gave them a brief,
21 gave them some examples of what we wanted the product to
22 look like and then they -- they developed it. We chose
23 some winners, and then from that, we took those designs
24 and our art team -- I believe Kana Claussen was the one
25 who -- who revised them -- yeah, they revised them,

Page 19

1  changed the eyes, and then we moved forward from there.
2  Q   So when you said a brief do you mean like
3  criteria? Is that what you mean by that?
4  A   Yeah, like a summary, basically like this is --
5  this is what we want. And, yeah, a criteria is -- is
6  perfect for that.
7  Q   Okay. Let me show you another document.
8      There is a document that's got BHTBC 96 and 97.
9  If the court reporter could mark that as Solomon No. 2.
10     (Defendants' Exhibit 2 was marked for
11     identification by the court reporter and was
12     attached hereto.)
13     THE WITNESS: Okay.
14 BY MR. GOLDBERG:
15 Q   Take a moment to look at that.
16 A   Okay.
17 Q   I just want to -- as you can see, it's very
18 small; so I asked your counsel to have his computer there
19 that you can look at it to -- he can blow it up, if
20 possible --
21 A   Okay.
22 Q   -- and you can --
23 A   Yeah I see it.
24 Q   Just give me a second because I need to blow it
25 up.

Page 20

1      MR. FARNESE: Do you need a blowup?
2      THE WITNESS: No, I'm fine. Thank you.
3      MR. FARNESE: Okay.
4  BY MR. GOLDBERG:
5  Q   Okay. So if you look at -- in the
6  right-hand -- lower right-hand corner, I'm going to refer
7  to those numbers as like 96, 97 --
8  A   Uh-huh.
9  Q   -- do you see that?
10 A   Yep.
11 Q   Okay. On 96 at the top of the page, it says
12 "davidk" -- it looks like "9j."
13     Do you see that?
14 A   Um, let me see. "David9" -- oh, yes, yeah,
15 "by" -- underneath the title of the contest, it says "by
16 david" -- yeah I see that.
17 Q   Yeah. What is that?
18 A   That's -- when we created the account, David
19 Socha originally created the account. So you'll also see
20 to the top right of that same page, you'll see his
21 initial "D" because the account was created under his
22 name, David Socha.
23 Q   Now, was he -- whenever I see David K in
24 correspondence -- I'm going to show you another document
25 in a bit --

Exhibit 13

**BEVERLY HILLS TEDDY BEAR COMPANY VS.**  
**BEST BRANDS CONSUMER PRODUCTS, INC.**

**LUKE SOLOMON**  
**January 22, 2020**

Page 21

1  A   Okay.
2  Q   -- was that you or as that David Socha?
3  A   It was me most likely, but it was -- again, I
4  was the liaison between them.  So it was his words most
5  likely, but I'm probably the one that typed it and posted
6  it.
7  Q   And if you look under his name where we just
8  were --
9  A   Uh-huh.
10  Q   -- you see -- next to "Designs" -- you see it
11  says, "Brief, "Designs," "Messages"?
12  A   Yes, sir.
13  Q   And in "Designs" it has open parens 216 and
14  then close parens.
15      Do you see that?
16  A   Yep.
17  Q   And what does that mean?
18  A   That means that 216 or so designs were -- were
19  uploaded to this contest from different designers; so I'm
20  not 100 percent sure, but I'm almost positive that that
21  means it's 216 files.  So one -- one person could have
22  uploaded 5 different files, and that would have added
23  to -- to the 216.  It's not necessarily 216 designers.
24  Q   Do you have those 216 designs?
25  A   Yeah, on -- if I signed into this account, I

Page 22

1  could see all of those designs, I believe.
2  Q   Okay.  We didn't receive those, and we would
3  like those produced, okay?
4      That's basically for your counsel to take under
5  advisement, but that is a request that we have to you.
6  A   Okay.
7  Q   Sir, if you scroll down a bit more in that
8  document -- and I am scrolling down, and I'm just telling
9  you I'm scrolling down -- you'll see under "Content
10  details," that it asks for three animals.
11      Do you see that?
12  A   Yes.
13  Q   One being the panda, the narwhal and the cat?
14  A   Yep.
15  Q   Do you have an understanding of why you are
16  requesting those three animals at that time?
17  A   Again, this was just -- I was told to request
18  those three animals.  I do know that narwhals were very
19  popular at the time, and we knew that, our team knew
20  that.  So that was -- you know, we wanted to move forward
21  with the narwhal.  For the other two, I just -- I think
22  it was a random choice based off the creative team and
23  David.
24  Q   And when you say that you were supplied
25  information, was it both the creative team and David

Page 23

1  Socha, or was it a combination?
2  A   It was a combination, definitely a combination.
3  Q   And sir, did you enter this information in this
4  document that I'm looking at --
5  A   Yes.
6  Q   -- Solomon 2?
7      Did anybody else enter the information, or it
8  was just you?
9  A   It was just me.
10  Q   Okay.  And in the References section which is
11  below the Content details --
12  A   Uh-huh.
13  Q   -- it says, "See the links and the file for
14  inspiration" --
15  A   Uh-huh.
16  Q   -- do you see that?
17  A   Yes.
18  Q   And underneath there are two links, one to
19  bcmini.com and one to sillysquishies.com.
20  A   Yes.
21  Q   Can you tell me who provided you that
22  information?
23  A   That would have been David Socha.
24  Q   Do you know why he provided you that
25  information?

Page 24

1  A   Um, I think that it was inspiration.  It was,
2  like it says, a reference.  We wanted to reference those
3  two websites and also the attachment of that -- of that
4  pig below just for the designers to -- to gain
5  inspiration off of.
6  Q   Do you know where Mr. Socha found those
7  websites?
8  A   I don't.
9  Q   Do you know why he -- he referenced those
10  particular ones?
11  A   Like I said, I think he wanted to create
12  something like -- like those, he wanted to use those as
13  inspiration.
14  Q   Okay.  What do you mean by inspiration?
15  A   Um, I'm not sure how to answer that.  I think
16  it was just he would look at the designs, and he wanted
17  to create something like that.
18  Q   Okay.  So is it fair to say, Mr. Solomon, that
19  you had no role in the creative development of the
20  Squeezamals?
21  A   Other than being the liaison, no, I don't think
22  I was -- I was not involved in the creative part of it.
23  Q   Who on the creative team was involved?  You
24  mentioned two people, Kana Claussen and Justin -- what
25  was the last name again?

Min-U-Script®    Ellen Grauer Court Reporting Co. LLC    (6) Pages 21 - 24

Exhibit 13

| BEVERLY HILLS TEDDY BEAR COMPANY VS. | LUKE SOLOMON |
|---|---|
| BEST BRANDS CONSUMER PRODUCTS, INC. | January 22, 2020 |

Page 33

1  Q  Do you know if anybody has done that?
2  A  Not to my knowledge.
3  Q  You -- what's stated in that paragraph, or the
4  response, it says -- mentions two people's names, Benson
5  Tijo and Frances [sic] Ibba.
6  A  Uh-huh.
7  Q  Do you know those people, sir?
8  A  Not personally, no.
9  Q  Have you ever corresponded with them?
10  A  Yes, on 99design.
11  Q  Okay.  And what -- to your knowledge, what
12  features has each those individuals contributed to the
13  Squeezamals?
14  A  When you say "features," I mean, they were the
15  ones that designed them.  If you look at the
16  8 -- Document 86, the last picture that Benson posted,
17  the panda, the narwhal and the cat, he -- he designed
18  those.  So, yeah -- and then for Francesca, she did the
19  same thing, and we kind of combined the two designs.  We
20  had the creative team -- or the creative team, you know,
21  combined the two designs.
22  Q  And that would be Kana Claussen?
23  A  Correct.
24  Q  And she combined the designs by Ms. Ibba and
25  Mr. Tijo and then created another design; is that

Page 34

1  correct?
2  A  Yeah.  I'm not sure if I want to kind of -- I
3  don't know if I could strike that or whatever, but I
4  don't know if "combining" is the right word.  I think,
5  like we used before, inspiration, she used those as
6  inspiration and she kind of took her own spin on it
7  afterwards.
8  Q  Okay.  And those were the final designs that
9  were used in the Squeezamals, correct?
10  A  Correct.
11  Q  Sir, I'd just like to go back to one design,
12  one document, Solomon No. 2 for a second.
13  A  Okay.
14  Q  And let me know when you're there.
15  A  I'm here.
16  Q  Okay.  On page 96 at the top.  Right where we
17  talked about before, it says, "Designs," and we talked
18  about the 216 --
19  A  Yes.
20  Q  -- next to it it says, "Messages 53" --
21  A  Uh-huh.
22  Q  -- do you see that?
23  A  Yep.
24  Q  What does that mean, "53"?
25  A  When the contest is over or the contest

Page 35

1  actually is, you know, still going on, designers can send
2  you messages periodically or, you know, as much as they
3  want.  And I think most of those messages are just other
4  designers following up with whether or not we approve
5  their designs, if we wanted to make any changes and so
6  forth.
7  Q  Do you still have those messages?
8  A  Yeah, I believe so.
9     MR. GOLDBERG: Okay.  We request that those be
10  produced.
11  BY MR. GOLDBERG:
12  Q  Sir, right on the top of that, you see that
13  green border there --
14  A  Yes.
15  Q  -- where it says, "Congratulations to the
16  winning design" --
17  A  Uh-huh.
18  Q  -- "designers bensontijo, francesibba [sic]," I
19  believe, and then HealMe!" --
20  A  Yes.
21  Q  -- do you see that?
22     Who is HealMe?
23  A  That was another designer.  I don't recall the
24  exact designs that they had created.  Like I said,
25  they -- all of this stuff is on this actual website; so

Page 36

1  we can pull what they -- what they created for us.  But I
2  don't believe that we moved forward with any of her
3  designs or his designs.
4  Q  Okay.  And if you went on that website now
5  today, could you pull the HealMe designs up?
6  A  I believe so, yes.
7     MR. GOLDBERG: Okay.  We ask that that be produced
8  also.
9  BY MR. GOLDBERG:
10  Q  Sir, in that green line that we're on, it says,
11  "The contest has finished" --
12  A  Uh-huh.
13  Q  -- and yet it seems that this is the criteria
14  that you had testified about before that you had entered.
15  A  Uh-huh.
16  Q  I'm having a hard time understanding that this
17  seems to be the criteria, and yet it says that the
18  contest has finished.
19     Is there something that happened before
20  in -- in time, you see, because you say that this is
21  the -- let me give you a better question.
22     If you look at this page, it has all the
23  criteria for the design --
24  A  Right.
25  Q  -- okay?  And yet, it says that the contest has

Exhibit 13