*BEVERLY HILLS TEDDY BEAR COMPANY VS.*
*BEST BRANDS CONSUMER PRODUCTS, INC.*

---

*BECKER CHENG*
*February 26, 2020*

---



*Original File 301404.txt*
*Min-U-Script® with Word Index*

Exhibit 15

BEVERLY HILLS TEDDY BEAR COMPANY VS.
BEST BRANDS CONSUMER PRODUCTS, INC.

BECKER CHENG
February 26, 2020

---

Page 1

```
 1  UNITED STATES DISTRICT COURT
 2  SOUTHERN DISTRICT OF NEW YORK
    --------------------------------------x
 3  BEVERLY HILLS TEDDY BEAR COMPANY,
 4              Plaintiff,
 5      vs.
 6  BEST BRANDS CONSUMER PRODUCTS, INC.,
    and BEST BRANDS SALES COMPANY, LLC,
 7              Defendants.
 8  --------------------------------------x
 9              1350 Avenue of the Americas
                New York, New York
10              February 26, 2020
11              8:30 a.m.
12
13      DEPOSITION OF BECKER CHENG, a Witness
14  herein, taken by the Defendant, at the offices
15  of GOLDBERG COHEN LLP, before Jeffrey Shapiro,
16  a Stenographic Reporter and Notary Public,
17  within and for the State of New York.
18
19
20
21
22
23      ELLEN GRAUER COURT REPORTING CO. LLC
              A U.S. LEGAL SUPPORT COMPANY
24        126 East 56th Street, Fifth Floor
              New York, New York 10022
25                212-750-6434
                REF:  301404
```

---

Page 2

```
 1  A P P E A R A N C E S :
 2
 3  GOLDBERG COHEN LLP
 4  Attorneys for the Defendants
 5      1350 Avenue of the Americas
 6      New York, New York 10019
 7  BY:  MORRIS E. COHEN, ESQ.
 8       LEE A. GOLDBERG, ESQ.
 9       Mcohen@goldbergcohen.com
10
11  EPSTEIN DRANGEL LLP
12  Attorneys for the Plaintiff
13      60 East 42nd Street, Suite 2520
14      New York, New York 10165
15  BY:  DWANA DIXON, ESQ.
16       Ddixon@ipcounselors.com
17
18
19              ***
20
21
22
23
24
25
```

---

Page 3

```
 1  ------------------ I N D E X ------------------
 2  WITNESS              EXAMINATION BY        PAGE
 3  BECKER CHENG      MR. GOLDBERG               4
 4
 5
 6  --------------- E X H I B I T S ---------------
 7  DEFENDANT'S    DESCRIPTION           FOR I.D.
 8  Exhibit 1      Video                       6
 9  Exhibit 2      Photographs, 7 pages        8
10  Exhibit 3      E-mail                      9
11  Exhibit 4      Document dated 2016        12
12
13
14          (EXHIBITS TO BE PRODUCED)
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
 1  Whereupon,
 2              BECKER CHENG,
 3  after having been first duly sworn, was examined
 4  and testified as follows:
 5              DIRECT EXAMINATION
 6  BY MR. GOLDBERG:
 7      Q.   State your name for the record.
 8      A.   Becker Cheng.
 9      Q.   What is your address?
10      A.   101 Quint Street, San Francisco,
11  California 94124.
12      Q.   Good morning.
13      A.   Good morning.
14      Q.   I'm here today to ask yu a few
15  questions in a case involving my client, Best
16  Brands, and the other party in the case is
17  Beverly Hills Teddy Bear Company.
18          Have you ever had your deposition
19  taken before?
20      A.   No.
21      Q.   Again, I'm going to ask you
22  questions.  If you would, give me answers to
23  the extent you know them.  If you don't know
24  them, then just put on the record that you
25  don't know the answers.
```

---

Exhibit 15

BEVERLY HILLS TEDDY BEAR COMPANY VS.
BEST BRANDS CONSUMER PRODUCTS, INC.

BECKER CHENG
February 26, 2020

Page 5

Cheng

1
2    If for some reason you need to take a
3 break -- I don't think you will, because this
4 is a very sport deposition -- just let me know.
5 I ask that you not take a break while a
6 question is pending.
7    A.  Okay.
8    Q.  Sir, can you tell me -- my
9 understanding is you work for BC Mini; is that
10 correct?
11    A.  Correct.
12    Q.  You have no affiliation with Best
13 Brands?
14    A.  Correct.
15    Q.  And you have no affiliation with
16 Beverly Hills Teddy Bear Company; correct?
17    A.  Correct.
18    Q.  Can you describe for me little
19 about BC Mini?  What type of company is it?
20    A.  Family business for 42 years,
21 originally a stationery wholesaler.  About 12
22 years ago switched to toys rather than
23 stationery.  I joined about, almost four years
24 ago, and helped the family business out.
25    Q.  Your mom and dad work at the

Page 6

Cheng

1
2 company?
3    A.  Correct.
4    Q.  Did they start the company?
5    A.  Father started the company.
6    Q.  How many people are in the company
7 today?
8    A.  Eight people.
9    Q.  Sir, did there come a time in 2017
10 when you attended the Tokyo Gift Show?
11    A.  Yes.
12    Q.  Do you recall when that was?
13    A.  September 2017.
14    Q.  Sir, I'd like to show you --  I'm
15 going to mark -- obviously you can't mark a
16 video -- as Cheng 1.
17       (Exhibit 1 was so marked for
18    identification.)
19       MR. COHEN: For the record, it was
20    previously marked in discovery as
21    BHTB000164 (indicating).
22 BY MR. GOLDBERG:
23    Q.  If you would, take a look at this
24 whole video, it's about two minutes long.
25       (Playback of recording on laptop.)

Page 7

Cheng

1
2 BY MR. GOLDBERG:
3    Q.  Sir, on the front, the timeline, it
4 says "13; Tokyo International Gift Show Autumn
5 2017, September 6-8, 2017, at Tokyo Big Site."
6       Is that the show you went to?
7    A.  Yes.
8       (Playback of recording.)
9 BY MR. GOLDBERG:
10    Q.  Sir, now that you've looked at that
11 video, what is shown in that video?
12    A.  Highlights of various booths at the
13 Tokyo Gift Show, different products.
14    Q.  Sir, does that accurately depict
15 the products that appeared at the Tokyo show
16 between September 6 to September 8, 2017?
17    A.  Yes.
18    Q.  Now, I'd like to bring you back to
19 a portion of the video.
20       (Playback of recording.)
21       At the time stamp 224, I believe,
22 through 231, were those products shown at the
23 Tokyo Gift Show between September 6 through
24 September 8, 2017?
25    A.  Yes.

Page 8

Cheng

1
2    Q.  Were they for sale at that show?
3    A.  You could put in an order, but it
4 required different steps to officiate a product
5 order.
6    Q.  How would you officiate a product
7 order?
8    A.  Japan doesn't write orders on the
9 spot. A lot of it, you get the information,
10 share the contact information and follow-up, in
11 the following days, months, weeks, to put in
12 your order.
13    Q.  Is it fair to say those products
14 put on, were shown to those who came to the
15 show for the reason they would purchase --
16    A.  Yes.
17    Q.  -- the products?
18       MR. GOLDBERG: Cheng 2 is a
19 compilation of seven pages, the last one having
20 BHBC000089.
21       (Exhibit 2 was so marked for
22    identification.)
23 BY MR. GOLDBERG:
24    Q.  Also, mark Exhibit 3, an e-mail
25 from Becker Cheng to Limor Wigder.

Exhibit 15

BEVERLY HILLS TEDDY BEAR COMPANY VS.
BEST BRANDS CONSUMER PRODUCTS, INC.

BECKER CHENG
February 26, 2020

Page 9

Cheng

1
2     (Exhibit 3 was so marked for
3     identification.)
4  BY MR. GOLDBERG:
5     Q.   Mr. Cheng, take a look at Exhibit
6  Number 2, which is the pictures.  And can you
7  identify each page of those pictures for us?
8     A.   Page 1 is product, seven various
9  animal plushes from the company, Yamani Company
10  Ltd.
11     Q.   Was that shown at the Tokyo Gift
12  Show in 2017?
13     A.   Yes.
14     Q.   Who took that picture?
15     A.   This picture was taken by my father
16  and mother.
17     Q.   Does that accurately depict what
18  was available at the Tokyo Gift Show?
19     A.   Yes.
20     Q.   Go to the next page (indicating).
21  That's in 2017.
22     A.   This is a picture of our narwhale
23  squishy, a pink narwhale squishy, SKU number
24  83240.
25     Q.   Was that also available at the

Page 10

Cheng

1
2  Tokyo Gift Show in 2017?
3     A.   Yes.
4     Q.   Who took that picture?
5     A.   Mother and father.
6  Number 3 is the same picture as
7  Exhibit 1, but in black and white.  Page 3 of
8  Cheng 2, yes.
9     Page 4 of Exhibit 2 is a picture of a
10  Panda plush, found at the Tokyo Gift Show.  The
11  manufacturer is Sun Lemon, Japan.
12     Q.   You mean the Tokyo Gift Show in
13  2017; correct?
14     A.   Yes.
15     Page 5 is a panda head plush.  I don't
16  know the origin, as this product was carried by
17  the company before I joined.
18     Q.   The company being BC Mini?
19     A.   BC Mini; correct.
20     Q.   What month in 2016?
21     A.   Estimated, sold January 2016.
22     Q.   When did you join?
23     A.   I joined around August 2017.
24     Q.   Okay.
25     A.   Page 6 of Exhibit 2 is picture of

Page 11

Cheng

1
2  eight color panda plush, from the company Yell,
3  sold since January 2018.
4     Q.   When you say "sold," that was on BC
5  Mini's website?
6     A.   Correct.
7     Q.   What about this page 6 of Exhibit
8  2?  Was that available at the Tokyo Gift Show?
9     A.   Yes.
10     Q.   In 2017?
11     A.   Yes.
12     Q.   Okay.
13     A.   Page 7 are two different products
14  found from the Yell Company, we saw at the
15  Tokyo Gift Show, 2017.  Allstar plush animal
16  compilation, as well as a cute animal
17  compilation (indicating).
18     Q.   Sir, after you saw these at the
19  Tokyo Gift Show, did you, what appears in
20  Exhibit 2, did you buy them?
21     A.   Yes.
22     Q.   For what purpose did you buy them?
23     A.   For wholesale purposes, to resale
24  in the U.S.
25     Q.   Sir, what is shown in Exhibit 3?

Page 12

Cheng

1
2     A.   Exhibit 3 is an e-mail between me
3  and Limor Wigder; with CC Lee Goldberg and
4  Morris Cohen, on December 23, 2019, 5:29 p.m.
5     Q.   And the statement in there says
6  products were discovered at the 2017 Tokyo Gift
7  Show?
8     A.   Correct.
9     Q.   Were you speaking of Exhibit 2 when
10  you stated that?
11     A.   Yes.
12     MR. GOLDBERG: I'd like to mark as
13  Cheng Exhibit 4.
14     (Exhibit 4 was so marked for
15  identification.)
16  BY MR. GOLDBERG:
17     Q.   Sir, I understand this product you
18  may have not seen before, and it's dated 2016.
19  But that is my question to you.
20     Have you ever seen this product
21  before?
22     A.   No.
23     MR. GOLDBERG: No further questions.
24     MS. DIXON: Nothing.
25  BY MR. GOLDBERG:

Exhibit 15

BEVERLY HILLS TEDDY BEAR COMPANY VS.
BEST BRANDS CONSUMER PRODUCTS, INC.

BECKER CHENG
February 26, 2020

Page 13

1          Cheng
2    Q.   Mr. Cheng, you came here in
3  response to a subpoena served by my office; is
4  that correct?
5    A.   Correct.
6    Q.   And you produced documents in
7  response to my office's subpoena; correct?
8    A.   Correct.
9        MR. GOLDBERG: Thank you.
10       (Whereupon, at 8:53 a.m. the matter
11  was concluded.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 15

1         C E R T I F I C A T I O N
2
3             I, Jeffrey Shapiro, a Stenographic
4  Reporter and Notary Public, within and for the
5  State of New York, do hereby certify:
6             That BECKER CHENG, the witness
7  whose examination is hereinbefore set forth, was
8  first duly sworn by me, and that transcript of
9  said testimony is a true record of the testimony
10  given by said witness.
11             I further certify that I am not
12  related to any of the parties to this action by
13  blood or marriage, and that I am in no way
14  interested in the outcome of this matter.
15
16             IN WITNESS WHEREOF, I have hereunto
17  set my hand this 26th day of February, 2020.
18
19
20
21
22
23
24  _____
25  JEFFREY SHAPIRO

Page 14

1       A C K N O W L E D G M E N T
2
3  STATE OF          )
4               ) ss.:
5  COUNTY OF         )
6
7        I, BECKER CHENG, hereby
8  certify that I have read the transcript of my
9  testimony taken under oath in my deposition;
10  that the transcript is a true, complete and
11  correct record of my testimony, and that the
12  answers on the record as given by me are true
13  and correct.
14
15
16
17    _____
18            BECKER CHENG
19
20  Signed and subscribed to before
21  me, this _____ day of _____, ____.
22
23
24  _____
25  Notary Public, State of _____

Page 16

1  ***ERRATA***
2  ELLEN GRAUER COURT REPORTING  CO. LLC
      A U.S. LEGAL SUPPORT COMPANY
3    126 East 56th Street, Fifth Floor
        New York, New York 10022
4          212-750-6434
5  NAME OF CASE: BEVERLY HILLS TEDDY BEAR v BEST BRANDS
   DATE OF DEPOSITION: FEBRUARY 26, 2020
6  NAME OF WITNESS: BECKER CHENG
7  PAGE LINE   FROM       TO          REASON
8  ____|__|__|_____|_____|_____
9  ____|__|__|_____|_____|_____
10 ____|__|__|_____|_____|_____
11 ____|__|__|_____|_____|_____
12 ____|__|__|_____|_____|_____
13 ____|__|__|_____|_____|_____
14 ____|__|__|_____|_____|_____
15 ____|__|__|_____|_____|_____
16 ____|__|__|_____|_____|_____
17 ____|__|__|_____|_____|_____
18 ____|__|__|_____|_____|_____
19 ____|__|__|_____|_____|_____
20 ____|__|__|_____|_____|_____
21 _____
22 Subscribed and sworn before me
23 this_____day of _____, 20__.
24 _____
25 (Notary Public)      My Commission Expires:

Exhibit 15