12:29 PM
03/05/20
Accrual Basis

# Beverly Hills Teddy Bear Company
## Sales by Item Detail
### All Transactions

| Type | Date | Num | Memo | P. O. # | Name | Item | Item Description |
|---|---|---|---|---|---|---|---|
| Invoice | 01/02/2018 | 70481 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0551 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70482 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0553 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70483 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0554 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70484 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0555 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70485 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0556 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70486 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0557 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70487 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0558 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70488 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0559 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70489 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0560 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70490 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0578 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70491 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0579 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70492 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0580 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70493 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0587 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70494 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0588 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70495 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0589 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70496 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0590 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70497 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0593 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70498 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-0594 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70499 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-3801 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70500 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-3802 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70501 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-3803 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70502 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-3804 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70503 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-3806 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70504 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-3808 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/02/2018 | 70505 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-6522583-3811 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 01/30/2018 | 70724 | Squishamals - International PDQ 18 pc | 2014166 | Headstart International | SQS00602-5012 (Squeezamals Pets 3.5 inch 12 pcSqueezamals Pets 3.5 inch 12 pcs PDQ |  |
| Invoice | 02/02/2018 | 70782 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0551 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70783 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0553 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70784 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0554 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70785 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0555 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70786 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0556 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70787 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0557 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70788 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0558 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70789 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0559 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70790 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0560 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70791 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0578 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70792 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0580 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70793 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0587 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70794 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0588 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70795 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0589 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70796 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0590 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70797 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0593 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70798 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-0594 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70799 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-3801 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70800 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-3802 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70801 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-5967716-3803 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) | Squeezamals - 3.5 Inch 24 pc PDQ |

Exhibit 18

12:29 PM
03/05/20
Accrual Basis

**Beverly Hills Teddy Bear Company**
**Sales by Item Detail**
All Transactions

| Type | Date | Num | Name | Memo | P.O.# | Item |
|---|---|---|---|---|---|---|
| Invoice | 02/02/2018 | 70802 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-5967716-3804 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70803 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-5967716-3806 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70804 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-5967716-3808 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/02/2018 | 70805 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-5967716-3811 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/09/2018 | 70918 | Squishamals - International PDQ 18 pc | Proxy A/S | KO-1445 | SQS00602-5012 (Squeezamals Pets 3.5 inch 12 pcs PDQ (International)) Squeezamals Pets 3.5 inch 12 pcs PDQ (International) |
| Invoice | 02/13/2018 | 70972 | Squishamals - International PDQ 18 pc | Headstart International | 2014098 | SQS00602-5012 (Squeezamals Pets 3.5 inch 12 pcs PDQ (International)) Squeezamals Pets 3.5 inch 12 pcs PDQ (International) |
| Invoice | 02/13/2018 | 70973 | Squishamals - International PDQ 12 pc | Vivid Imagination | 18649 | SQS00602-5012 (Squeezamals Pets 3.5 inch 12 pcs PDQ (International)) Squeezamals Pets 3.5 inch 12 pcs PDQ (International) |
| Invoice | 02/15/2018 | 70997 | Squishamals - 3.5 Inch 24 pc PDQ | Samples | | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 02/27/2018 | 73081 | Squishamals - International Sidekick - 36 pcs | Imports Dragon | BHTB171114 | SQS00603 (Squeezamals - Sidekick - 36 pcs) Squeezamals - Sidekick - 36 pcs |
| Invoice | 02/28/2018 | 73118 | Squishamals - 12 pc PDQ | Imports Dragon | BHTB171026 | SQS00681 (Squeezamals - 12 pc PDQ set) Squeezamals - 12 pc PDQ set |
| Invoice | 03/12/2018 | 73075 | Squishamals - 3.5 Inch 24 pc PDQ | License 2 Play Toys LLC | 1219 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/12/2018 | 73075 | Squishamals - 8 Inch 4 Pc PDQ | License 2 Play Toys LLC | 1219 | SQS00656 (Squeezamals - 8 Inch 4 Pc PDQ) Squeezamals - 8 Inch 4 Pc PDQ |
| Invoice | 03/12/2018 | 73075 | Squishamals - Clip Ons - 24 Pc PDQ | License 2 Play Toys LLC | 1219 | SQS00657-0024 (Squeezamals - Clip Ons - 24 Pc PDQ) Squeezamals - Clip Ons - 24 Pc PDQ |
| Invoice | 03/14/2018 | 73210 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0551 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73211 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0553 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73212 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0554 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73213 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0555 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73214 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0556 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73215 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0557 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73216 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0558 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73217 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0559 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73218 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0560 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73219 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0578 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73220 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0579 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73221 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0580 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73222 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0587 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73223 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0588 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73224 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0589 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73225 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0590 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73226 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0593 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73227 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-0594 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73228 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-3801 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73229 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-3802 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73230 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-3803 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73231 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-3804 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73232 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-3806 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73233 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-3808 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73234 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-8876794-3811 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/14/2018 | 73245 | Squishamals - 8 Inch Sloth | Proxy A/S | KO-1492 | SQS00631 (Squeezamals - 8 Inch Sloth) Squeezamals - 8 Inch Sloth |
| Invoice | 03/14/2018 | 73245 | Squishamals - 8 Inch Unicorn | Proxy A/S | KO-1492 | SQS00632 (Squeezamals - 8 Inch Unicorn) Squeezamals - 8 Inch Unicorn |
| Invoice | 03/14/2018 | 73245 | Squishamals - 8 Inch Purple Panda | Proxy A/S | KO-1492 | SQS00634 (Squeezamals - 8 Inch Purple Panda) Squeezamals - 8 Inch Purple Panda |
| Invoice | 03/14/2018 | 73245 | Squishamals - 8 Inch 4 Pc PDQ | Proxy A/S | KO-1492 | SQS00656 (Squeezamals - 8 Inch 4 Pc PDQ) Squeezamals - 8 Inch 4 Pc PDQ |
| Invoice | 03/14/2018 | 73245 | Squishamals - 8" Brown Dog | Proxy A/S | KO-1492 | SQS00662 (Squeezamals - 8 inch Brown Dog) Squeezamals - 8 inch Brown Dog |
| Invoice | 03/19/2018 | 73322 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-7792969-0551 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73323 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-4507709-0551 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73324 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-4507709-0553 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73325 | Squishamals - 3.5 Inch 24 pc PDQ | Target Corporate | 0204-4507709-0554 | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |

Exhibit 18

12:29 PM
03/05/20
Accrual Basis

**Beverly Hills Teddy Bear Company**
**Sales by Item Detail**
All Transactions

| Type | Date | Num | Item | Name | Memo |  |
|---|---|---|---|---|---|---|
| Invoice | 03/19/2018 | 73326 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0555 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73327 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0556 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73328 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0557 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73329 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0558 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73330 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0559 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73331 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0560 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73332 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0578 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73333 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0579 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73334 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0580 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73335 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0587 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73336 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0588 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73337 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0589 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73338 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0590 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73339 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0593 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73340 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-0594 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73341 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-3801 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73342 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-3802 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73343 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-3803 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73344 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-3804 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73345 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-3806 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73346 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-3808 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73347 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-4507709-3811 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73348 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0553 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73349 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0554 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73350 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0555 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73351 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0556 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73352 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0558 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73353 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0559 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73354 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0560 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73355 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0578 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73356 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0579 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73357 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0580 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73358 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0587 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73359 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0588 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73360 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0589 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73361 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-0590 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73362 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-3801 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73363 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-3802 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73364 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-3803 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73365 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-3804 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73366 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-3806 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |
| Invoice | 03/19/2018 | 73367 | Squishamals - 3.5 Inch 24 pc PDQ | 0204-7792969-3808 | Target Corporate | SQS00600 (Squeezamals - 3.5 Inch 24 pc PDQ) Squeezamals - 3.5 Inch 24 pc PDQ |

Exhibit 18