CONFIDENTIAL

BHTBC001713



Exhibit 20

CONFIDENTIAL



BHTBC001714

Exhibit 20

CONFIDENTIAL



BHTBC001715

Exhibit 20

CONFIDENTIAL



BHTBC001716

Exhibit 20