**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| |HKG |HKA000152671 | | | HKA000152671 |
|---|---|---|---|

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable<br>**Air Waybill**<br>Issued by | FedEx Trade Networks Transport & Brokerage (Hong Kong) Limited<br>Unit 801 Level 8 Tower 1 Metroplaza 223 Hing Fong Rd, Kwai Fong NT, Hong Kong |
|---|---|---|---|
| Hong Kong K | | | Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity |
| Consignee's Name and Address<br>Beverly Hills Teddy Bear Co<br>24625 Railroad Ave<br>Santa Clarita, CA 91321<br>United States | Consignee's Account Number | | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF, ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAYBE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplement charge if required. |

| Issuing Carrier's Agent Name and City | Accounting Information | **Freight Collect** | Airport to Airport |
|---|---|---|---|
| FedEx Trade Networks Transport & Brokerage (Hong Kong) Limited, Kwai Fong NT | NOTIFY;<br>SAME AS CONSIGNEE | | |

| Agent's IATA Code | Account No. |
|---|---|
| 1330839 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|
| HONG KONG, HONG KONG | 933-8416 7646 | HKEA083257 |

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAX | Nippon Cargo Airlines Co., Lt | | | | | USD | | X X | X X | NVD | NCV |

| Airport of Destination | Flight/Date | For Carrier Use Only Flight/Date | Amount of Insurance | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance" |
|---|---|---|---|---|
| Los Angeles Int'l Airport CA | KZ202/21 | | XXX | |

| Handling Information | TOTAL 730 CTN ONLY FREIGHT COLLECT NO WPM |
|---|---|
| | SCI |

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class<br>Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 730 | 2,020.00 | K | Q | 3,626.00 | AS | AGREED | PLUSH TOYS<br>SQUISHAMALS FOR TARGET<br>17520PCS<br>PO#4951<br>730CTN<br>730@43X33X21CM; |
| | SQUISHAMALS<br>BEVERLY HILLS TEDDY BEAR CO.<br>DESCRIPTION:SURPIZAMALS - 3.5"24PCS<br>ITEM NO:SQS00600<br>SKU:603154006005<br>PO NO:4951<br>24 UNIT PER MC<br>DIMS:<br>MADE IN CHINA | | | | | | |
| 730 | 2,020.00 | | | | | AS AGREED | |

| | Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|---|
| | | AS AGREED | | AS AGREED |
| | | Valuation Charge | | |
| | | Tax | | |
| | Total Other Charges Due Agent | | | Shipper certifies that the particulars on the face hereof are correct and that **insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.** |
| | AS AGREED | AS AGREED | | |
| | Total Other Charges Due Carrier | | | |
| | | | | FedEx Trade Networks Transport & Brokerage (Hong Kong) Limited, AGENT.<br>Signature of Shipper or his Agent |
| | Total Prepaid | Total Collect | | AUTHORIZED AGENT FOR  FedEx Trade Networks Transport & Brokerage (Hong Kong) Limited |
| | AS AGREED | AS AGREED | | |
| | Currency Conversion Rates | CC Charges in Dest. Currency | | 20-DEC-17 6:54     Hong Kong Int'l Airport                Donald Ling |
| | | | | Executed on (date)       at (place)         Signature of Issuing Carrier or its Agent |
| | For Carriers use Only at Destination | Charges at Destination | Total Collect Charges | HKA000152671 |

**BHTBC001761**

Exhibit 21