**CONFIDENTIAL**

**Dwana Dixon**

**From:** David Socha <david@plush.com>
**Sent:** Friday, October 27, 2017 11:26 PM
**To:** Randy Clark
**Cc:** Kana Claussen; Mimi Angeles
**Subject:** Re: Squishamals Pets with Big eyes artwork

Great kana.

Sent from my iPhone

On Oct 27, 2017, at 3:54 PM, Randy Clark <randy@plush.com> wrote:

> Thanks Kana...will do
>
> **From:** Kana Claussen <kana@plush.com>
> **Date:** Friday, October 27, 2017 at 3:47 PM
> **To:** Randy Clark <randy@plush.com>
> **Cc:** David Socha <david@plush.com>, Mimi Angeles <mimi@plush.com>
> **Subject:** Squishamals Pets with Big eyes artwork
>
> Hi Randy,
>
> Please find attached Squishamals with big eyes artwork.
> I've attached view file for your review and also AI.
> If they are all good, please forward AI file to Allen.
>
> Thank you,
>
> Kana Claussen
> Creative Service
> 661-200-7779
> Beverly Hills Teddy Bear Co.
> 24625 Railroad Ave.
> Santa Clarita, CA 91321



1

BHTBC001672

Exhibit 25

**CONFIDENTIAL**

| | |
|---|---|
| From: | Kana Claussen <kana@plush.com> |
| Sent: | Friday, October 27, 2017 6:48 PM |
| To: | Randy Clark |
| Cc: | David Socha; Mimi Angeles |
| Subject: | Squishamals Pets with Big eyes artwork |
| Attachments: | Squishamals_BigEyes_102717.pdf; Squishamals_BigEyes_OL_102717.ai |
| Importance: | High |

Hi Randy,

Please find attached Squishamals with big eyes artwork.
I've attached view file for your review and also AI.
If they are all good, please forward AI file to Allen.

Thank you,

Kana Claussen
Creative Service
661-200-7779
Beverly Hills Teddy Bear Co.
24625 Railroad Ave.
Santa Clarita, CA 91321

1

BHTBC001673

Exhibit 25



Exhibit 25