# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tuole*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-111-231
**Effective Date of Registration:**
July 19, 2018

---

## Title
_____

  Title of Work:  Squeezamals Series 1 White Cat

## Completion/Publication
_____

  Year of Completion:  2017
  Date of 1st Publication:  December 21, 2017
  Nation of 1st Publication:  United States

## Author
_____

  • Author:  Benson Tjio
  Author Created:  sculpture
  Work made for hire:  No
  Domiciled in:  Indonesia

## Copyright Claimant
_____

  Copyright Claimant:  Beverly Hills Teddy Bear Company
              24625 Railroad Avenue, Newhall, CA, 91321
  Transfer statement:  By written agreement

## Rights and Permissions
_____

  Organization Name:  Epstein Drangel LLP
  Name:  Jason M. Drangel
  Email:  mail@ipcounselors.com
  Telephone:  (212)292-5390
  Address:  60 East 42nd Street
            Suite 2520
            New York, NY 10165 United States

## Certification
_____

Page 1 of 2

Exhibit 26

**Name:** Kerry B. Brownlee
**Date:** July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Teste*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-111-212
**Effective Date of Registration:**
July 19, 2018

## Title

**Title of Work:** Squeezamals Series 1 Dog

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
- **Author Created:** sculpture
- **Work made for hire:** No
- **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

**Name:**  Kerry B. Brownlee
**Date:**  July 19, 2018











1:19-cv-03766-GHW   Document 42-3   Filed 01/17/20   Page 16



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tesler*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-111-208

**Effective Date of Registration:**
July 20, 2018

---

## Title

| | |
|---|---|
| Title of Work: | Squeezamals Series 1 Monkey |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | December 21, 2017 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Benson Tjio |
| Author Created: | sculpture |
| Work made for hire: | No |
| Domiciled in: | Indonesia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Beverly Hills Teddy Bear Company |
| | 24625 Railroad Avenue, Newhall, CA, 91321 |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Epstein Drangel LLP |
| Name: | Jason M. Drangel |
| Email: | mail@ipcounselors.com |
| Telephone: | (212)292-5390 |
| Address: | 60 East 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

## Certification

**Name:** Kerry B. Brownlee
**Date:** July 20, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay. H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-202

**Effective Date of Registration:**
July 20, 2018

## Title

**Title of Work:** Squeezamals Series 1 Panda

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
**Author Created:** sculpture
**Work made for hire:** No
**Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2

**Name:**   Kerry B. Brownlee

**Date:**   July 20, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Leah*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-230

**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Penguin

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
**Author Created:** sculpture
**Work made for hire:** No
**Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2

**Name:**   Kerry B. Brownlee
**Date:**   July 19, 2018













se 1:19-cv-03766-GHW    Document 42-3    Filed 01/17/20    Page 41 of

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-112-188

**Effective Date of Registration:**
July 25, 2018

---

## Title

| | |
|---|---|
| Title of Work: | Squeezamals Series 1 Unicorn |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | February 27, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Benson Tjio |
| Author Created: | sculpture |
| Work made for hire: | No |
| Domiciled in: | Indonesia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Beverly Hills Teddy Bear Company |
| | 24625 Railroad Avenue, Newhall, CA, 91321 |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Epstein Drangel LLP |
| Name: | Jason M. Drangel |
| Email: | mail@ipcounselors.com |
| Telephone: | (212)292-5390 |
| Address: | 60 East 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

## Certification

**Name:** Kerry B. Brownlee
**Date:** July 25, 2018









19-cv-03766-GHW   Document 42-4   Filed 01/17/20   Page







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tuite*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-693

**Effective Date of Registration:**
July 19, 2018

---

## Title
 

Title of Work: Squeezamals Series 1 Teal Cat

## Completion/Publication
 

Year of Completion: 2017
Date of 1st Publication: December 21, 2017
Nation of 1st Publication: United States

## Author
 

- Author: Benson Tjio
  Author Created: sculpture
  Work made for hire: No
  Domiciled in: Indonesia

## Copyright Claimant
 

Copyright Claimant: Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
Transfer statement: By written agreement

## Rights and Permissions
 

Organization Name: Epstein Drangel LLP
Name: Jason M. Drangel
Email: mail@ipcounselors.com
Telephone: (212)292-5390
Address: 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification
 



**Name:** Kerry B. Brownlee
**Date:** July 19, 2018









cv-03766-GHW    Document 42-4    Filed 01/17/20    Pag





9-cv-03766-GHW    Document 42-4    Filed 01/17/20    Page

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tesler*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-140-694
**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Duck

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification



**Name:**  Kerry B. Brownlee
**Date**:   July 19, 2018





9-cv-03766-GHW    Document 42-4    Filed 01/17/20    Page







se 1:19-cv-03766-GHW   Document 42-4   Filed 01/17/20   Page 24 of



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Lengle*

Acting United States Register of Copyrights and Director

**Registration Number**
# VA 2-140-678
**Effective Date of Registration:**
July 23, 2018

## Title

**Title of Work:**   Squeezamals Series 1 Ladybug

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   December 21, 2017
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Benson Tjio
  **Author Created:**   sculpture
  **Work made for hire:**   No
  **Domiciled in:**   Indonesia

## Copyright Claimant

**Copyright Claimant:**   Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Epstein Drangel LLP
**Name:**   Jason M. Drangel
**Email:**   mail@ipcounselors.com
**Telephone:**   (212)292-5390
**Address:**   60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification



**Name:**  Kerry B. Brownlee
**Date:**  July 19, 2018











# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-140-680**

**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Pink Owl

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2



**Name:**  Kerry B. Brownlee
**Date**:  July 19, 2018







-03766-GHW    Document 42-5    Filed 01/17/20





Case 1:19-cv-03766-GHW     Document 42-5     Filed 01/17/20     Page 8 of 43



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tegle*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-140-672
**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Bunny

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification



**Name:**   Kerry B. Brownlee
**Date:**   July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tergle*

Acting United States Register of Copyrights and Director

**Registration Number**
# VA 2-140-676
**Effective Date of Registration:**
July 19, 2018

## Title _____

**Title of Work:** Squeezamals Series 1 Fox

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Benson Tjio
 **Author Created:** sculpture
 **Work made for hire:** No
 **Domiciled in:** Indonesia

## Copyright Claimant _____

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions _____

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification _____

Case 1:19-cv-03766-GHW   Document 42-5   Filed 01/17/20   Page 16 of 45



**Name:** Kerry B. Brownlee

**Date:** July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tenle*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-140-679
**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Pig

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2



**Name:**   Kerry B. Brownlee
**Date:**   July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-698

**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Narwhal

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification



**Name:**   Kerry B. Brownlee
**Date**:   July 19, 2018





se 1:19-cv-03766-GHW   Document 42-5   Filed 01/17/20   Page 37 of







