```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,           :
                                            :
                        Plaintiff,          :
                                            :              1:19-cv-3766-GHW
                -against-                   :
                                            :                  ORDER
BEST BRANDS CONSUMER PRODUCTS, INC,         :
BEST BRANDS SALES COMPANY, LLC, and         :
GENNCOMM, LLC,                              :
                                            :
                        Defendants.         :
----------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On December 11, 2020, the Court granted in part Defendants Best Brands Consumer Products, Inc. and Best Brands Sales Company, LLC's (together, "Defendants'") motion for sanctions. Dkt. No. 124. In its order, the Court ordered Plaintiff to pay for the supplemental discovery and Defendants' reasonable attorney's fees and costs that resulted from Plaintiff's failure to meet its discovery obligations. *Id.* To streamline that process, the Court orders the parties to confer and jointly propose dates, by no later than December 21, 2020, for the following:

- a schedule for the parties to conduct the supplemental discovery described in the Court's December 11, 2020 order;

- a teleconference during which the parties and the Court will discuss the proposed schedule and the best way to proceed with discovery; and

- a briefing schedule for Defendants' anticipated motion for the attorney's fees and costs they have already incurred.

Plaintiff is directed to serve this order on GennComm and to retain proof of service.

SO ORDERED.

Dated: December 14, 2020

_____
GREGORY H. WOODS
United States District Judge