```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,  :
:
Plaintiff,  :
:   1:19-cv-3766-GHW
-against-  :
:   ORDER
BEST BRANDS CONSUMER PRODUCTS, INC,  :
BEST BRANDS SALES COMPANY, LLC, and  :
GENNCOMM, LLC,  :
:
Defendants.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the parties' December 21, 2020 letters. Plaintiff's request for a teleconference to discuss the scope of supplemental discovery and the best way to proceed in this case, Dkt. No. 127, is granted. The Court will hold a teleconference on December 28, 2020 at 3:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information. The parties are specifically directed to comply with Rule 2(C) of those rules.

Defendants Best Brands Consumer Products, Inc. and Best Brands Sales Company LLC's request for an extension of the deadline for the parties to submit their joint letter regarding next steps in this case, Dkt. No. 126, is granted. The Court will discuss an appropriate timeline for the parties to submit their joint letter during the December 28, 2020 conference. The Court declines to act on the Best Brands defendants' request for an order directing Plaintiff to produce its recent settlement agreement with defendant GennComm prior to the conference. *See* Dkt. No. 129.

SO ORDERED.

Dated:  December 22, 2020
_____
GREGORY H. WOODS
United States District Judge