

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390  •  E: mail@ipcounselors.com
www.ipcounselors.com

December 22, 2020

**VIA ECF**
Honorable Gregory H. Woods
United States District Court, S.D.N.Y.
500 Pearl Street, Room 2260
New York, NY 10007

      Re:    *Beverly Hills Teddy Bear Company v. Best Brands Consumer Products, Inc. et al.*
             Civil Action No. 19-cv-03766-GHW
             Joint Letter Regarding Settlement Between GennComm, LLC and Plaintiff and
             Stipulation of Facts and [Proposed] Consent Judgment & Dismissal

Dear Judge Woods:

      In accordance with Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiff Beverly Hills Teddy Bear Company ("Plaintiff") and Defendant GennComm, LLC ("GennComm") (Plaintiff and GennComm are collectively referred to herein as the "Parties") are writing to the Court regarding their Stipulation of Facts and [Proposed] Consent Judgment & Dismissal (the "Stipulation & Order"), which was recently filed via ECF. Per Plaintiff's counsel's email to the Court (pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases) on December 21, 2020, the Parties have recently reached an agreement settling the dispute between them. A copy of the Confidential Settlement and General Release Agreement between the Parties, which the Parties have respectfully requested be filed under seal, is attached as **Exhibit A**. As part of such settlement, the Parties have agreed to stipulate to the facts, and the entry of the judgment and dismissal, as set forth in the Stipulation & Order. The Stipulation & Order is comprised of a proposed consent judgment, which represents an agreement by the Parties that they respectfully request that the Court order pursuant to its judicial authority to render judgments. *See, e.g., Local No. 93, Int'l Asso. of Firefighters, etc. v. Cleveland*, 478 U.S. 501, 523 (1986) (discussing consent decrees, and noting that "it is the parties' agreement that serves as the source of the court's authority to enter any judgment"); and *Pope v. United States*, 323 U.S. 1, 12 (1944) ("[i]t is a judicial function and an exercise of the judicial power to render judgment on consent.").[1] Plaintiff respectfully submits that the Stipulation & Order will narrow the issues between Plaintiff and Defendant Best Brands Consumer Products, Inc. and Defendant Best Brands Sales Company, given that it, among other things, disposes of the issue of whether or not Plaintiff has standing.

---

[1] The Parties also seek a dismissal of GennComm as a party. Under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper". Similarly, under Federal Rule of Civil Procedure 21, the Court is also empowered to "on just terms, add or drop a party."

December 22, 2020
Page 2

    We thank the Court for its time and consideration.

Respectfully submitted,

| **EPSTEIN DRANGEL LLP** | **PROGRESS LLP** |
|---|---|
| BY: S/ Kerry B. Brownlee | BY: S/ Perry M. Goldberg |
| Kerry B. Brownlee (KB 0823) | Perry M. Goldberg |
| kbrownlee@ipcounselors.com | goldberg@progressllp.com |
| Jason M. Drangel (JD 7204) | 11620 Wilshire Blvd., 9th Floor |
| jdrangel@ipcounselors.com | Los Angeles, California 90025 |
| Ashly E. Sands (AS 7715) | Telephone: (310) 697-7200 |
| asands@ipcounselors.com | Facsimile: (818) 475-1355 |
| Dwana S. Dixon (DD 0609) | *Attorney for Defendant GennComm, LLC* |
| ddixon@ipcounselors.com | *Pro Hac Vice Application Pending* |
| 60 East 42nd Street, Suite 2520 | |
| New York, New York 10165 | |
| Telephone: (212) 292-5390 | |
| Facsimile: (212) 292-5391 | |
| *Attorneys for Plaintiff* | |
| *Beverly Hills Teddy Bear Company* | |