```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,           :
                                            :
                              Plaintiff,    :
                                            :           1:19-cv-3766-GHW
              -against-                     :
                                            :                ORDER
BEST BRANDS CONSUMER PRODUCTS, INC,         :
BEST BRANDS SALES COMPANY, LLC, and         :
GENNCOMM, LLC,                              :
                                            :
                              Defendants.   :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2021

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the parties' January 11, 2021 letter. Dkt. No. 144. Pursuant to the Court's December 11, 2020 order, Best Brands Consumer Products, Inc. and Best Brands Sales Company, LLC (the "Best Brands Defendants") are entitled to "discovery necessary to remedy Plaintiff's failure to provide full and accurate responses to Defendants' original discovery requests." Dkt. No. 124 at 31. Therefore, any supplemental discovery must be directly related to Defendants' original discovery requests, or the issues discussed in the Court's October 20, 2020 decision as to standing and joinder and the Court's December 11, 2020 order on the Best Brands Defendants' motion for sanctions. *See* Dkt. Nos. 112 and 124. To be clear, the Court is only permitting is a limited one-sided extension of fact discovery by the Best Brands Defendants. The deadline for this discovery is three months from the date of this order. If the parties have any disputes as to specific discovery requests that have been propounded by the Best Brands Defendants, they are invited to write the Court on those issues.

The Best Brands Defendants are directed to file their motion for attorneys' fees by no later than January 29, 2021, for all fees incurred up to that date. Plaintiff's opposition is due no later than February 12, 2021. The Best Brands Defendants' reply, if any, is due no later than February 19, 2021. After supplemental discovery is complete, the Court expects the Best Brands Defendants to

submit a one-time application for all additional fees incurred after the date of their initial motion for attorneys' fees. The Court declines to order Plaintiff's attorneys to disclose their rates for the purpose of this motion.

The Court will hold a teleconference on January 20, 2021 at 2:00 p.m. to discuss Plaintiff's anticipated motion to dismiss its claims against GennComm. *See* Dkt. No. 144. at 4-5. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information. The parties are specifically directed to comply with Rule 2(C) of those rules.

The Court will revisit Plaintiff's request for leave to file a motion for summary judgment after the issues related to Plaintiff's anticipated motion to dismiss have been discussed.

SO ORDERED.

Dated: January 18, 2021

_____
GREGORY H. WOODS
United States District Judge