```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,       :
                                        :
                        Plaintiff,      :
                                        :               1:19-cv-3766-GHW
                -against-               :
                                        :                    ORDER
BEST BRANDS CONSUMER PRODUCTS, INC,     :
BEST BRANDS SALES COMPANY, LLC, and     :
GENNCOMM, LLC,                          :
                                        :
                        Defendants.     :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2021

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the parties' proposed briefing schedule for Best Brands' anticipated motions. The briefing schedule for Best Brands' anticipated motions is as follows:

The deadline for Best Brands to file its motion to amend its answer is May 10, 2021. Any opposition is due by no later than June 1, 2021. Any reply is due by no later than June 8, 2021.

The deadline for Best Brands to file its motion to compel discovery from Plaintiff and its counsel is due no later than April 30, 2021. Any response is due no later than May 14, 2021. Best Brands' reply is due no later than May 21, 2021.

The deadline for Best Brands to file its motion to compel discovery from GennComm is May 4, 2021. Any opposition is due no later than May 18, 2021. Best Brands' reply is due no later than May 25, 2021.

As stated on the record during the April 8, 2021 conference, the Court expects that the parties will comply with their obligations to meet and confer regarding any disputes before a motion to compel regarding that issue is filed. Fed. R. Civ. P. 37(a) provides that a motion to compel "must

include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action."

SO ORDERED.

Dated: April 23, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge