```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,       :
                                        :
                        Plaintiff,      :
                                        :         1:19-cv-3766-GHW
        -against-                       :
                                        :              ORDER
BEST BRANDS CONSUMER PRODUCTS, INC,     :
BEST BRANDS SALES COMPANY, LLC, and     :
GENNCOMM, LLC,                          :
                                        :
                        Defendants.     :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2021

GREGORY H. WOODS, United States District Judge:

Best Brands' July 12, 2021 request to provisionally seal Exhibit 7 of its Motion to Compel is granted. *See* Dkt. Nos. 210-7, 213. Plaintiff's May 3, 2021 letter sets forth the basis for the sealing request and asserts that the document includes communications covered by attorney-client privilege and the work product doctrine. Dkt. No. 183. Although the Court is granting Best Brands' request to provisionally seal Exhibit 7, it is not ruling on the document's confidentiality at this time.

The Court respectfully directs the Clerk of Court to modify the viewing level for Dkt. No. 210-7 to the selected parties viewing level. The selected parties are court personnel and the attorneys appearing for Plaintiff and Defendants Best Brands Consumer Products, Inc. and Best Brands Sales Company, LLC.

SO ORDERED.

Dated: July 12, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge