USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,          :
                                           :
                          Plaintiff,       :
                                           :                    1:19-cv-3766-GHW
          -against-                        :
                                           :                    ORDER
BEST BRANDS CONSUMER PRODUCTS, INC. :
and BEST BRANDS SALES COMPANY, LLC,        :
                                           :
                          Defendants.      :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 24, 2021, the Court held a teleconference to discuss Plaintiff's payment of

$160,257.04 to Defendants for attorneys' fees and expenses pursuant to the Court's June 8, 2021

Order, Dkt. No. 202.  For reasons articulated on the record during that conference, the Court orders

that Plaintiff pay Defendants according to the following schedule: $30,000 due no later than

September 15, 2021; $30,000 due no later than October 15, 2021; $50,000 due no later than

November 15, 2021; and $50,257.04 due no later than December 15, 2021.

SO ORDERED.

Dated:  August 24, 2021                    _____
New York, New York                             GREGORY B. WOODS
                                               United States District Judge