```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,  :
                                                         :
                            Plaintiff,              :
                                                         :          1:19-cv-3766-GHW
            -against-                              :
                                                         :                 ORDER
BEST BRANDS CONSUMER PRODUCTS, INC. :
and BEST BRANDS SALES COMPANY, LLC,  :
                                                         :
                            Defendants.          :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a teleconference to discuss Best Brands' February 28, 2022 motion to compel GennComm to produce documents, Dkt. No. 238, on July 14, 2022, at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

      SO ORDERED.

Dated: July 8, 2022
New York, New York
                                                    GREGORY H. WOODS
                                             United States District Judge