```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,    :
                                     :
                         Plaintiff,  :
                                     :          1:19-cv-3766-GHW
              -against-              :
                                     :               ORDER
BEST BRANDS CONSUMER PRODUCTS, INC.  :
and BEST BRANDS SALES COMPANY, LLC,  :
                                     :
                        Defendants.  :
---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On July 14, 2022, the Court held a teleconference to discuss Defendants' motion to compel third-party GennComm LLC's ("GennComm") response to a subpoena. Dkt. No. 238. For the reasons articulated on the record during that conference, Defendants' motion to compel is denied. In addition, as discussed on the record during that conference, should GennComm continue to assert mediation privilege over documents created after October 19, 2020, it is ordered to supplement its privilege log and provided an affidavit describing pertinent facts to that privilege assertion no later than July 28, 2022.

The Clerk of Court is directed to terminate the motion at Dkt. No. 238.

SO ORDERED.

Dated: July 14, 2022
New York, New York                              _____
                                                     GREGORY H. WOODS
                                                   United States District Judge