```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,  :
                                   :
                       Plaintiff,  :
                                   :             1:19-cv-3766-GHW
         -against-                 :
                                   :                  ORDER
                                   :
BEST BRANDS CONSUMER PRODUCTS, INC. :
and BEST BRANDS SALES COMPANY, LLC, :
                                   :
                      Defendants.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the teleconference held on June 5, 2023, Defendants' December 6, 2022 request to compel the production of documents withheld by third-party GennComm on the basis of the mediation privilege is denied.  *See* Dkt. No. 245.

    The parties are directed to file a joint letter proposing any modifications to the case management plan no later than June 12, 2023.

    SO ORDERED.

Dated:  June 7, 2023
New York, New York
                                               GREGORY H. WOODS
                                           United States District Judge