```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEVERLY HILLS TEDDY BEAR COMPANY,  :
                                                                         :
                                        Plaintiff,            :
                                                                         :                 1:19-cv-3766-GHW
                -against-                                      :
                                                                         :                 ORDER
BEST BRANDS CONSUMER PRODUCTS, INC. :
and BEST BRANDS SALES COMPANY, LLC, :
                                                                         :
                                        Defendants.        :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the teleconference held on July 31, 2023, the deadline for Defendants to file their motion briefing threshold issues, i.e., standing and the effect of the absence of GennComm LLC on the litigation, is due no later than August 21, 2023. Plaintiff's opposition is due no later than September 11, 2023. Defendants' reply, if any, is due no later than September 21, 2023.

SO ORDERED.

Dated: August 1, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge