Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Tel: 212-292-5390
Fax: 212-292-5391
*Attorneys for Plaintiff*
*Beverly Hills Teddy Bear Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BEVERLY HILLS TEDDY BEAR COMPANY<br>*Plaintiff*<br><br>v.<br><br>BEST BRANDS CONSUMER PRODUCTS, INC.; and BEST BRANDS SALES COMPANY, LLC<br>*Defendants* | CIVIL ACTION No. 19-cv-3766-AS |

**DECLARATION OF KERRY B. BROWNLEE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING STANDING AND FAILURE TO JOIN A NECESSARY AND INDISPENSABLE PARTY**

I, KERRY B. BROWNLEE, hereby declare as follows:

1. I am a partner at Epstein Drangel LLP, a law firm located at 60 East 42nd Street, Suite 1250, New York, New York 10165. I am an attorney for Beverly Hills Teddy Bear Company ("BHTBC" or "Plaintiff") in this action, and I make and submit this Declaration in opposition to Defendant Best Brands Consumer Products, Inc. and Defendant Best Brands Sales Company, LLC's (collectively, "Defendants") Motion for Summary Judgment as to Plaintiff's Lack of Standing and Failure to Join a Necessary and Indispensable Party (*Dkt. No. 264*) ("Defendants' MSJ").

1

2. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

3. Attached hereto as **Exhibit A** are true and correct screenshots taken from Plaintiff's account on the 99Designs platform, *available at* www.99designs.com (the "99Designs Platform"), which were produced during discovery as BHTBC000086 to BHTBC000093.

4. Attached hereto as **Exhibit B** are true and correct screenshots taken from Plaintiff's account on the 99Designs Platform, which were produced during discovery as BHTBC000096 to BHTBC000097.

5. Attached hereto as **Exhibit C** is a true and correct copy of the General Terms & Conditions of the 99Designs Platform, *available at* https://99designs.com/legal/terms-and-conditions, which I accessed and printed to PDF on August 28, 2023.

6. Attached hereto as **Exhibit D** is a true and correct copy of an article on the 99Designs Platform entitled "What are the options for collecting payment in a 1-to-1 Project?", *available at* https://support.99designs.com/hc/en-us/articles/360022571691-What-are-the-options-for-collecting-payment-in-a-1-to-1-Project, which I accessed and printed to PDF on September 6, 2023.

7. The assignments involving Mr. Tijo and Ms. Ibba that were produced in this action were pulled directly from Plaintiff's account on the 99Designs Platform—an account that I have accessed and reviewed—and contain an autogenerated "last revised on" date at the top.

8. On August 8, 2023, I reached out to the 99Designs Platform via email to inquire about obtaining copies of the 2017 versions of the assignments, without the autogenerated header.

Attached hereto as **Exhibit E** is a true and correct copy of my back-and-forth correspondence with a representative from the 99Designs Platform, along with the corresponding attachments I received.

9. Attached hereto as **Exhibit F** are true and correct excerpts from the deposition of David Socha, which occurred on February 25, 2020.

10. Attached hereto as **Exhibit G** are true and correct excerpts from the deposition of Luke Solomon, which occurred on January 22, 2020.

11. Attached hereto as **Exhibit H** are true and correct excerpts from the deposition of David Socha, which occurred on June 29, 2023.

I declare under the penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on this 11th day of September, 2023 in Westchester County, NY.

By: _____
Kerry B. Brownlee