# EXHIBIT A

CONFIDENTIAL



CONFIDENTIAL



**You** 2 years ago

Hello finalist! We loved your artwork and would like to see more. Can you design a dog in the same style?

**bensontjio submitted #206** 2 years ago



hi, here is my dog design for this style. hope you like it :)

**bensontjio submitted #207** 2 years ago



**bensontjio submitted #206** 2 years ago



hi, here is my dog design for this style. hope you like it :)

**bensontjio submitted #207** 2 years ago

———————————— The contest has finished ————————————

Continue your conversation about entry #207

BHTBC000087

CONFIDENTIAL





BHTBC000088





BHTBC000089

CONFIDENTIAL



BHTBC000090

CONFIDENTIAL





BHTBC000091

CONFIDENTIAL





BHTBC000092

CONFIDENTIAL





BHTBC000093