# EXHIBIT B



BHTBC000096



BHTBC000097