# EXHIBIT E

| | |
|---|---|
| **Subject:** | FW: [99designs] Re: Design Transfer Agreement 2017 |
| **Attachments:** | projects-design-transfer-agreement-pre-2019.pdf; handover-design-transfer-agreement-oct-17.pdf |

**From:** 99designs Support <support@99designs.com>
**Sent:** Friday, August 11, 2023 6:33 PM
**To:** Kerry Brownlee <kbrownlee@IPCOUNSELORS.COM>
**Subject:** [99designs] Re: Design Transfer Agreement 2017

## Jerlyn V (99designs)

Aug 11, 2023, 3:32 PM PDT

Hi there Kerry,

I hope this finds you well!

As promised, I have attached the Design Transfer Agreements for both 1:1 projects and design contests during the time you signed them. Kindly use them as reference.

We hope that this will suffice but if there's anything else we can assist you with, do let us know.

Have a great weekend!

Best regards,

Jerlyn

99designs Client Support

+1 800-513-1678

Want to learn more about logo design? Download our free ebook here: 99des.co/logoebook

## Jerlyn V (99designs)

Aug 10, 2023, 3:49 PM PDT

Thanks for the clarification, Kerry.

To ensure that we're providing you the best assistance, I went ahead and had this checked with the team. We will see

what we can do in order to retrieve a copy of the old Design Transfer Agreement for you, however, we can not guarantee that as of yet.

I will send you another email update once I hear back from them within 24 hours or less.

We appreciate your patience as we look into this.

Have a great day!

Best regards,

Jerlyn

99designs Client Support

+1 800-513-1678

Want to learn more about logo design? Download our free ebook here: 99des.co/logoebook

# Kbrownlee

Aug 9, 2023, 4:10 PM PDT

Hi Jerlyn,

Unfortunately, this is needed for a court case and we require the originals. At the very least, can you please advise if any terms of the design transfer agreement were updated and what those are? We need to ensure that the terms of the copy we have are the terms as they were when signed.

Thanks,
Kerry



**Kerry B. Brownlee**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:**  212.292.5390
**E:**  kbrownlee@ipcounselors.com

website | vCard | map

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.

> On Aug 9, 2023, at 6:58 PM, 99designs Support <support@99designs.com> wrote:

## Jerlyn V (99designs)

Aug 9, 2023, 3:58 PM PDT

Thank you for sending the links over, Kerry!

To help you out, I went ahead and had this checked with our team. To keep all the contracts from the platform updated and in line with our policy, I'm afraid we no longer have the resource to retrieve the 2017 version of the Design Transfer Agreements.

However, not to worry, as all your agreements have been signed by both you and your designers with their respective dates - including the year which is 2017 like so:

**Customer**

David Socha

24625 Railroad Ave
Santa Clarita, CA, 91321
United States

Monday, October 2, 2017

**Designer**

benson

jl palmerah barat 1 no 38
jakarta, indonesia, 11480
Indonesia

Monday, October 2, 2017

We hope that this will suffice but if you have other concerns, please let us know.

Have a great day!

Best regards,

Jerlyn
99designs Client Support
+1 800-513-1678

Want to learn more about logo design? Download our free ebook here: 99des.co/logoebook

## Kbrownlee

Aug 9, 2023, 6:15 AM PDT

Hi Raymond,

Thanks very much.  There are several contests involved where we require the original design transfer agreement. Specifically:

3

- https://99designs.com/handover/574574/files
- https://99designs.com/projects/365597/files
- https://99designs.com/projects/374595/files
- https://99designs.com/projects/418875/files

Please let me know if you need anything further.

Thanks again,
Kerry



**Kerry B. Brownlee**
*Partner*
Epstein Drangel LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
**T:**  212.292.5390
**E:**  kbrownlee@ipcounselors.com

website | vCard | map

Disclaimer: This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at (212) 292-5390 and permanently delete the original and any copy of any email and any printout thereof.

## Raymond (99designs)

Aug 9, 2023, 4:10 AM PDT

Hi there,

Thank you for reaching out to 99designs by Vista.

Our platform together with the agreement information were indeed automatically updated. We'd be happy to double check the information though and if you could provide us the link or the associated email of the contest, we'll review the DTA.

Thank you for your time and we look forward to your response.

Kind regards,
Raymond
99designs Client Support Team


Want to learn more about logo design? Download our free ebook: https://99des.co/e-book

**Kbrownlee**

Aug 8, 2023, 11:45 AM PDT

Hello, My client ran a contest and has a Design Transfer Agreement signed October 2017; however, the agreement says it was last revised 2019, which is auto-generated. Is there a way to get a copy of the 2017 Design Transfer Agreement?


For your reference, your Ticket ID is 3801910

5

This Design Transfer Agreement ("**Agreement**") sets forth the legally binding terms between a Designer and a Customer for the sale of one or more Sold Design(s) through the Project Service.

By sending an invoice through the Project Service, Designer is accepting this Agreement and represents and warrants that it has the right, authority, and capacity to enter into this Agreement. By paying for an invoice through the Project Service, Customer is accepting this Agreement and represents and warrants that it has the right, authority, and capacity to enter into this Agreement.

1. **Overview.** 99designs Pty Ltd ("**99designs**") provides an online platform, subject to "Terms of Use" , that connects Customers who wish to purchase designs and Designers who wish to provide such designs, including, for example, through the Project Service. This Agreement is effective as of the date of the first invoice payment made by Customer through the Project Service as identified in 99designs' systems ("**Effective Date**"). This Agreement governs and applies to each Sold Design sold through the Project Services after the Effective Date. 99designs is not a party to this Agreement. Capitalized terms not otherwise defined in this Agreement have the meaning set forth in the Terms of Use.

2. **Delivery and Payment.** Designer will deliver the Sold Design to Customer as required by the Terms of Use. Customer will pay for the Sold Design as required by the Terms of Use. The price for the Sold Design is specified in the invoice paid through the Project Service.

3. **Assignment.** Upon Designer's receipt of payment for the Sold Design as provided in the Terms of Use, Designer hereby irrevocably and perpetually assigns to Customer all right, title and interest worldwide in and to the Sold Design and all intellectual property rights therein, including the rights to reproduce, make derivative works of, distribute, publicly perform, and publicly display the Sold Design. Designer cannot use the Sold Design for Designer's own purposes or sell or license the Sold Design to any other person. The foregoing assignment will remain in effect in perpetuity. Without limiting the scope of the foregoing assignment, Designer assigns to Customer all rights described here.

4. **Representations, Warranties, Indemnity.** Designer represents and warrants that (a) it has all rights necessary (including any third party licenses required) to grant the foregoing assignment and (b) unless disclosed by Designer when initially submitting the Sold Design to the Project Service, Designer represents and warrants that the Sold Design does not contain any intellectual property right licensed from a third party. Designer will defend, indemnify, and hold harmless Customer from and against any and all claims, suits, actions, costs, expenses, damages, losses, and liabilities based on any claim that the Sold Design infringes or misappropriates a third party's intellectual

property rights.

5. **99designs.** Each party agrees that 99designs and its third-party providers are intended third party beneficiaries of this Agreement. Each party hereby releases, and will defend, indemnify, and hold harmless, 99designs and its third-party providers from any and all claims, suits, actions, costs, expenses, damages, losses, and liabilities related to either party's breach of this Agreement.

6. **Entire Agreement.** This Agreement constitutes the entire agreement between a Designer and a Customer regarding the sale of the applicable Sold Design. A party's failure to exercise or enforce any right or provision of this Agreement shall not operate as a waiver of such right or provision. The section titles in this Agreement are for convenience only and have no legal or contractual effect. The word including means including without limitation. If any provision of this Agreement is, for any reason, held to be invalid or unenforceable, the other provisions of this Agreement will be unimpaired and the invalid or unenforceable provision will be deemed modified so that it is valid and enforceable to the maximum extent permitted by law. Each party's relationship to the other is that of an independent contractor, and neither party is an agent or partner of the other. This Agreement, and the rights and obligations herein, may not be assigned, subcontracted, delegated, or otherwise transferred by a party without the other party's prior written consent, and any attempted assignment, subcontract, delegation, or transfer in violation of the foregoing will be null and void. The terms of this Agreement shall be binding upon assignees.

# Design Transfer Agreement

**Last revised on:** 1st of September 2012

This Agreement relates to the sale and transfer or license of Intellectual Property Rights in Designs which are created by a Designer for a Customer via 99designs.com.

This Agreement will apply to you in your capacity as either a Customer or Designer in respect of the sale and transfer or license of a Design.

When a Customer selects a winning Design for their Design Contest, or when a Customer purchases a Design from the Ready-made Design Store, the Customer and the Designer will be deemed to have entered into a legally binding agreement for the provision of that Design from the Designer to the Customer, in each case upon the terms of this Agreement as set out below, unless the Customer and the Designer otherwise separately agree in writing.

## Parties

The parties to this Agreement are the Customer and the winning Designer which the Customer selects in respect of a Design Contest hosted by the Customer, or the Designer from whom the Customer purchases a Design on the Ready-made Design Store, as the case may be ("Selling Designer"). If there is more than one Selling Designer, then the Customer will be deemed to enter into a separate agreement on the terms of this document with each Selling Designer.

## Date of this agreement

This Agreement is entered into between the Customer and the Selling Designer on the date that the Customer selects the relevant Design ("Transferred Design") as part of a Design Contest or purchases the Transferred Design from the Ready-made Design Store.

## 99designs services agreement

By using 99designs.com, you have agreed to be bound by our 99designs Terms of Use. A copy of that agreement may be found [here](here).

To the extent that there is any inconsistency between the terms of this Agreement, any other agreement between you and another Customer or Designer, and the Services Agreement, then those documents will be read in the following order of precedence:

1. First, the Services Agreement will take precedence over all other documents; and

2. Second, any separate agreement between you and another Customer or Designer will take precedence over this Agreement (apart from clauses 5(c) and 6 of this Agreement which will take precedence over that separate agreement).

# Terms

The following terms and conditions will apply to you in both your capacity as a Customer and as a Designer.

### 1. Definitions

Terms defined in the Services Agreement will have the same meaning in this Agreement.

### 2. Provision of the design

The Designer hereby agrees to provide and deliver the Transferred Design to the Customer in accordance with the Designer's obligations set out in the Services Agreement.

### 3. Assignment of the intellectual property rights

a) This clause will apply if a Customer has purchased the Transferred Design: 1. Pursuant to a Design Contest; or 2. From the Ready-made Design Store where the Transferred Design was sold to the Customer for use on an exclusive basis, pursuant to which the Customer was to be assigned the ownership of the Intellectual Property Rights in the Transferred Design.

b) If this clause applies, then upon receipt of payment for the Transferred Design in the form of 99designs Dollar Credits (pursuant to the terms of the Services Agreement), the Designer hereby assigns to the Customer, all Intellectual Property Rights which the Designer has or may in the future have in the Transferred Design.

### 4. Licence of the intellectual property rights

a) This clause will apply if a Customer has purchased a Design from the Ready-made Design Store where the Design was sold to the Customer for use on a non-exclusive basis, pursuant to which the Customer was to be granted a non-exclusive license to use the Intellectual Property Rights in the Design.

b) If this clause applies, then upon receipt of payment for the Transferred Design in the form of 99designs Dollar Credits (pursuant to the terms of the Services Agreement), the Designer hereby grants to the Customer a non-exclusive, royalty free, worldwide, irrevocable, perpetual license to:

1. Use, reproduce and distribute the Transferred Design; and

2. Sell, assign and/or transfer the rights licensed to the Customer in the Transferred

Design to any person.

c) The license rights granted in clause 4(b) are personal to the Customer and may not be sub-licensed by the Customer to any person. The Customer is the only person who may use the Transferred Design in accordance with the rights granted under clause 4(b).

d) Apart from the license rights granted to the Customer with respect to the Transferred Design under clause 4(b), the Designer reserves all other rights in respect of the Transferred Design and the Intellectual Property Rights subsisting in the Transferred Design, including but not limited to, the right use the Transferred Design for any purpose, and the right to license these reserved rights to third parties.

e) Customer acknowledges that and agrees that by purchasing the right to use the Transferred Design on a non-exclusive basis, Customer's rights in and to the Transferred Design are limited. The limitations include, but are not limited to:

1. The inability to prevent 99designs and, the Designer from re-selling the Transferred Design to a third party, or to prevent such third party from using the Transferred Design for any purpose; and
2. The inability to pursue registration of the Transferred Design as a trademark or service mark with any government authority, or to prevent 99designs, the Designer or any third party from using all or any portion of the Transferred Design for any commercial purpose.

## 5. Incorporation of intellectual property rights owned by a third party

a) The Designer warrants that prior to supplying the Transferred Design to the Customer, the Designer has disclosed to the Customer any Intellectual Property Rights in the Transferred Design which may be held by a third party.

b) If the Design incorporates the Intellectual Property Rights of a third party, then:

1. The Designer warrants that it has obtained a license from the relevant third party to incorporate the Intellectual Property Rights of that third party in the Design ("Third Party Licence");
2. If the Third Party Licence is capable of assignment to the Customer, then the Designer hereby assigns and transfers to the Customer, and the Customer hereby agrees to take an assignment and transfer of, the Third Party Licence and all of the rights and obligations of the Designer under the Third Party Licence;
3. If the Third Party Licence is not capable of assignment to the Customer, then:

    i. The Designer must disclose this fact to the Customer prior to providing the Customer with the Transferred Design and prior to the conclusion of the relevant Design Contest (if any);

ii. The Designer warrants that the Customer may obtain a Third Party Licence to the Transferred Design in its own name; and

iii. Prior to the conclusion of the Design Contest (if any) or the supply of the Transferred Design to the Customer, the Designer must provide the Customer with details of where to obtain the Third Party Licence to the Transferred Design in its own name and the cost of doing so.

iiii. The Designer warrants that unless expressly stated to the contrary by the Designer prior to providing the Customer with the Transferred Design and prior to the conclusion of the Design Contest (if any), the Third Party Licence provides the Customer with a worldwide, royalty free, perpetual right to display, distribute and reproduce (in any form) the Intellectual Property Rights of the third party contained in the Transferred Design.

c) The Designer hereby indemnifies and keeps indemnified the Customer, 99designs and 99designs' third party providers ("Indemnified Parties") against any loss, cost, expense or damage (including legal costs on a full indemnity basis) which the Indemnified Parties may suffer or incur as a result of a breach by the Designer of any of the provisions of clauses 3, 4 and 5.

## 6. Liability of 99designs and its third party providers

a) You acknowledge and agree:

1. 99designs and its third party providers are not parties to this Agreement; and
2. 99designs and its third party providers shall each not be liable or responsible for any breach of this Agreement by any party to this Agreement.

b) Notwithstanding clause 6(a), you agree that 99designs and its third party providers may rely on and benefit from the indemnity provisions set out in clause 5(c).

## 7. Miscellaneous

a) Any notice given under this Agreement must be in writing and must be signed by the party or its agent giving the notice. A notice is taken to be received:

1. In the case of a notice delivered by hand, when so delivered;
2. In the case of a notice sent by pre paid post, on the third day after the date of posting;
3. In the case of a notice sent by facsimile, upon the receipt by the sender of a transmission report from the dispatching facsimile machine which confirms that the facsimile has been successfully sent; or
4. In the case of a notice sent by email, upon the receipt by the sender of a confirmation from the recipient or the recipient's email server that the email has been received by the recipient.

b) If any provision of this Agreement is judged invalid or unenforceable for any reason whatsoever by a court of competent jurisdiction, such invalidity or unenforceability (unless

deletion of such provision would materially adversely affect one of the parties) will not affect the operation or interpretation of any other provision of this Agreement to the intent that the invalid or unenforceable provision will be treated as severed from this Agreement.

c) This agreement is governed by, and must be construed in accordance with, the laws of the State of Victoria, Australia and the parties irrevocably submit to the exclusive jurisdiction of the courts of the State of Victoria, Australia and their Courts of Appeal.