# EXHIBIT G

*BEVERLY HILLS TEDDY BEAR COMPANY VS.*
*BEST BRANDS CONSUMER PRODUCTS, INC.*

---

*LUKE SOLOMON*
*January 22, 2020*

---



*Original File 297402.txt*
*Min-U-Script® with Word Index*

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK
    --------------------------------------x
3   BEVERLY HILLS TEDDY BEAR COMPANY,

4                   Plaintiff,

5          v.

6   BEST BRANDS CONSUMER PRODUCTS,
    INC.; and BEST BRANDS SALES
7   COMPANY, LLC,

8                   Defendants.

9   Civil Action No. 19-cv-3766-GHW
    --------------------------------------x
10

11                  10350 Santa Monica Boulevard
                    Los Angeles, California
12
                    January 22, 2020
13                  9:55 a.m.

14

15          DEPOSITION of LUKE SOLOMON, taken on

16   behalf of the Defendants, before Vivian C. Lane,

17   Certified Shorthand Reporter No. 11339.

18

19

20

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
           126 East 56th Street, Fifth Floor
24            New York, New York 10022
                   212-750-6434
25                 REF:  297402

```
1          MR. FARNESE:  Do you need a blowup?

2          THE WITNESS:  No, I'm fine.  Thank you.

3          MR. FARNESE:  Okay.

4    BY MR. GOLDBERG:

5          Q    Okay.  So if you look at -- in the

6    right-hand -- lower right-hand corner, I'm going to refer

7    to those numbers as like 96, 97 --

8          A    Uh-huh.

9          Q    -- do you see that?

10         A    Yep.

11         Q    Okay.  On 96 at the top of the page, it says

12   "davidk" -- it looks like "9j."

13              Do you see that?

14         A    Um, let me see.  "David9" -- oh, yes, yeah,

15   "by" -- underneath the title of the contest, it says "by

16   david" -- yeah I see that.

17         Q    Yeah.  What is that?

18         A    That's -- when we created the account, David

19   Socha originally created the account.  So you'll also see

20   to the top right of that same page, you'll see his

21   initial "D" because the account was created under his

22   name, David Socha.

23         Q    Now, was he -- whenever I see David K in

24   correspondence -- I'm going to show you another document

25   in a bit --
```

```
 1        A     Okay.

 2        Q     -- was that you or as that David Socha?

 3        A     It was me most likely, but it was -- again, I

 4   was the liaison between them.  So it was his words most

 5   likely, but I'm probably the one that typed it and posted

 6   it.

 7        Q     And if you look under his name where we just

 8   were --

 9        A     Uh-huh.

10        Q     -- you see -- next to "Designs" -- you see it

11   says, "Brief, "Designs," "Messages"?

12        A     Yes, sir.

13        Q     And in "Designs" it has open parens 216 and

14   then close parens.

15              Do you see that?

16        A     Yep.

17        Q     And what does that mean?

18        A     That means that 216 or so designs were -- were

19   uploaded to this contest from different designers; so I'm

20   not 100 percent sure, but I'm almost positive that that

21   means it's 216 files.  So one -- one person could have

22   uploaded 5 different files, and that would have added

23   to -- to the 216.  It's not necessarily 216 designers.

24        Q     Do you have those 216 designs?

25        A     Yeah, on -- if I signed into this account, I
```