# EXHIBIT H

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - - - - -
 5   BEVERLY HILLS TEDDY BEAR COMPANY,
 6                   Plaintiff,
 7         -against-       19-cv-3766-GHW
 8   BEST BRANDS CONSUMER PRODUCTS, INC.; BEST
     BRANDS SALES COMPANY, LLC; GENNCOMM, LLC,
 9
                     Defendants.
10
     - - - - - - - - - - - - - - - - - - - -
11
                     Zoom Videoconferencing
12
                     June 29, 2023
13                   12:10 p.m.
14
                CONFIDENTIAL TRANSCRIPT
15
16
17        DEPOSITION of BEVERLY HILLS TEDDY
18   BEAR COMPANY, by DAVID SOCHA, on behalf of
19   the Plaintiff in the above-entitled
20   action, held at the above time and via
21   Zoom, taken before Genevieve Guilfoyle, a
22   Notary Public of the State of New York,
23   pursuant to the Federal Rules of Civil
24   Procedure, and stipulations between
25   Counsel.
```

```
 1
 2   REMOTE APPEARANCES:
 3
 4   EPSTEIN DRANGEL, LLP
 5   Attorneys for Plaintiff
 6   60 East 42nd Street - Suite 2520
 7   New York, New York 10165
 8   BY:   KERRY BROWNLEE, ESQ.
 9         JASON DRANGEL, ESQ.
10
11
12   GOLDBERG COHEN, LLP
13   Attorneys for Defendants
14   1350 Avenue of the Americas, 3rd Floor
15   New York, New York 10019
16   BY:   MORRIS E. COHEN, ESQ.
17         LEE GOLDBERG, ESQ.
18
19
20
21
22
23
24
25
```

Page 28

1            D. Socha - Confidential
2     that you did not read the 2017 agreement
3     before you signed it.  Is that an accurate
4     statement?  If you want, you can read
5     through it, or I can direct you to it.
6          A     I believe it's an accurate
7     statement.  I don't think I read it.
8          Q     Do you remember how many drafts
9     were circulated of the agreement?
10         A     No.
11         Q     Let's talk a little bit about
12    the Squeezamals.  The Squeezamals are
13    plush-covered slow-rise foam products; is
14    that correct?
15         A     Correct.
16         Q     Okay.
17               Are they kid safe?
18         A     Correct.
19         Q     And is the material cut or
20    molded into the shape of a plush toy or
21    other character?
22         A     Depends on which one, but it
23    could be.
24         Q     Is the exterior covered with a
25    general plush material?

```
                                              Page 29
 1              D. Socha - Confidential
 2      A      Correct.
 3      Q      And is the cover sewn or wrapped
 4   around the sculpted memory foam?
 5      A      Yeah, but most of it is in a
 6   ball, so it's not necessarily sculpted as
 7   you say, but, yes.
 8      Q      And the material -- we are
 9   talking now about the Series 1
10   Squeezamals.  Were the first Squeezamals
11   cut or shaped into the size of a toy, if
12   you recall?
13      A      I'm not sure I understand the
14   question.  Sorry.  Can you say it again?
15      Q      Sure.  I'm looking now at the
16   first series of Squeezamals.
17      A      Okay.
18      Q      Was the material cut or molded
19   into the shape of a plush toy or a
20   character, like an animal or something?
21      A      Well, they were balls, foam
22   covered balls.  I mean, plush-covered
23   balls, yes.
24      Q      We had looked at the first
25   agreement; right?
```