UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY HILLS TEDDY BEAR COMPANY,

                Plaintiff,

-against-

BEST BRANDS CONSUMER PRODUCTS, INC., et al.,

                Defendants.

19-CV-03766 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at yesterday's conference, the motion for a referral to the Copyright Office is due on December 18, 2023, with opposition due January 15, 2024, and reply due January 29, 2024.

    In addition, plaintiff is encouraged to make a good-faith demand on defendant by December 8, 2023. If a good-faith demand is made, defendant should make a good-faith response by December 20, 2023.

    SO ORDERED.

Dated: November 29, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge