UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY HILLS TEDDY BEAR COMPANY<br><br>　　　　Plaintiff,<br><br>v.<br><br>BEST BRANDS CONSUMER PRODUCTS, INC.,<br>and BEST BRANDS SALES COMPANY, LLC<br><br>　　　　Defendants. | Civil Action No.:<br><br>1:19-cv-3766 (AS) |

**DEFENDANTS' RULE 56.1 STATEMENT OF MATERIAL UNDISPUTED FACTS
IN SUPPORT OF SUMMARY JUDGMENT MOTION OF COPYRIGHT INVALIDITY
INCLUDING A REQUEST FOR A REFERRAL TO REGISTER OF COPYRIGHTS**

Morris E. Cohen
Lee A. Goldberg
Limor Wigder
GOLDBERG COHEN LLP
1350 Avenue of the Americas, 3rd Floor
New York, New York 10019
(646) 380-2087 (phone – main)
(646) 380-2084 (phone – direct)
(646) 514-2123 (fax)
MCohen@GoldbergCohen.com
LGoldberg@GoldbergCohen.com
LWigder@GoldbergCohen.com

Donald L. Rhoads
Rhoads Legal Group PC
100 Park Avenue, Suite 1600
New York, NY 10017
(212) 390-8510 (phone)
drhoads@rhoadslegal.com

*Attorneys for Defendants*

Pursuant to Local Rule 56.1, and the Court's Individual Rule 8.I, Plaintiffs submit the following statement of material undisputed facts in this matter.  For the Court's convenience and ease of reference, Plaintiffs have organized this statement to correspond with the section headings of Plaintiffs' opening summary judgment brief (although such organization is not required by the local rules).  All exhibit numbers herein are references to the exhibits attached to Plaintiffs' opening summary judgment brief.

## EXHIBITS

1.    Exhibit 1 is a true and correct copy of GennComm's March 11, 2019 1st Verified First Amended Complaint against BHTBC in California state court.  Cohen Dec. ¶1.

2.    Exhibit 2 is a true and correct copy of BHTBC's Answer to GennComm's Verified First Amended Complaint.  Cohen Dec. ¶2.

3.    Exhibit 3 is a true and correct copy of excerpts from the deposition of David Socha dated June 29, 2023 (excerpted).  Cohen Dec. ¶3.  (The full deposition is in Exhibit 14).

4.    Exhibit 4 is a true and correct copy of an email of Randy Clark dated November 27, 2017 to Genna Rosenberg and Jeremy Medwed. Cohen Dec. ¶4.

5.    Exhibit 5 is a true and correct copy of an email of David Socha dated October 15, 2017 (BHTBC1625).  Cohen Dec. ¶5.

6.    Exhibit 6 is a true and correct copy of the 30(b)(6) Deposition of David Socha dated February 25, 2020 (excerpted), Cohen Dec. ¶6.  (The full deposition transcript is in Exhibit 15).

7.    Exhibit 7 is a true and correct copy of the 30(b)(6) Deposition of Randy Clark dated February 21, 2020 (excerpted). Cohen Dec. ¶7. (The full deposition transcript is in Exhibit 16).

8.      Exhibit 8 is a true and correct copy of artwork for displays for retail sales obtained from

BHTBC in discovery.  Cohen Dec. ¶8.

9.      Exhibit 9 is a true and correct copy of artwork obtained from BHTBC in discovery.

Cohen Dec. ¶9.

10.     Exhibit 10 is a is a true and correct copy of a chart summarizing information in Beverly

Hills' Series 1 Registrations.  Cohen Dec. ¶10.

11.     Exhibit 11 is a true and correct copy of the asserted Copyright-Registrations-in-Suit.

Cohen Dec. ¶11.

12.     Exhibit 12 is a true and correct copy of a comparison of the Unicorn to previously

published works.  Cohen Dec. ¶12.

13.     Exhibit 13 is a true and correct copy of a Sample VA Copyright Application. Cohen Dec.

13.

14.     Exhibit 14 is a true and correct copy of the deposition of David Socha dated June 29,

2023 (complete).  Cohen Dec. ¶14

15.     Exhibit 15 is a true and correct copy of the 30(b)(6) Deposition of David Socha dated

February 25, 2020 (complete).  Cohen Dec. ¶15

16.     Exhibit 16 is a true and correct copy of the 30(b)(6) Deposition of Randy Clark dated

February 21, 2020 (complete). Cohen Dec. ¶16.

17.     Exhibit 17 is a true and correct copy of the Register of Copyrights' Response in

*Dmarcian, Inc. v. Dmarcian Europe B.*V, 21-cv-00067-MR (W.D.N.C), Dkt. 272.

18.     Exhibit 18 is a true and correct copy of the Register of Copyrights' Response in

*Geospatial Technology Associates, LLC v. the United States et al*., 16-cv-346-EGB (Ct.

Cl.), Dkt. 349.

**II.**     **BHTBC SUBMITTED FALSE INFORMATION TO THE COPYRIGHT OFFICE**

**B.**     **The Copyright Applications Have False Publication Dates**

19.     BHTBC represented to the Copyright Office that its asserted designs (other than the unicorn) had a first publication date of "December 21, 2017."  Exhibits 10 and 11.

20.     GennComm's verified pleading in California recounts that "[o]n November 27, 2017, RANDY CLARK, President of Defendant requested a call with Plaintiffs and sent to Plaintiff an email with a pdf showing the Squishamals and retail display, to show use of Plaintiff's innovation."  Exhibit 1 ¶48.

21.     "Squishamals" was the earlier name for BHTBC's Squeezamals-designs-in-suit.  Exhibit 7, Randy Clark Dep. 36:21-37:7.

22.     The pleading goes on to say that "[o]n November 27, 2017, RANDY CLARK spoke with GENNA ROSENBERG and JEREMY MEDWED [of GennComm] by telephone and advised that Target had reduced their order by eighty percent (80%), and reiterated their costing challenges notwithstanding the significant sales already conducted pursuant to the underlying agreement herein."  Exhibit 1 ¶49.

23.     In its Answer, BHTBC admitted under oath Clark's statement to Rosenberg that Target had reduced their order.  Exhibit 2 ¶49.

24.     Clark's email to GennComm in November 2017 (Exhibit 4) shows the Squishamals / Squeezamals and indicates that BHTBC was "pitching" them, i.e., offering them for sale.

25.     Mr. Clark's email shows the samples of the Squishamals/Squeezamals products-in-suit that were being shown to retailers.  Exhibit 4.

IV.    **BHTBC KNEW THE INFORMATION WAS FALSE**

    A.    **The Products Were Offered to Sale and Sold by November 27, 2017**

26.    BHTBC's activities, and the dates thereof, in offering its products for sale to retailers, are known to BHTBC.  Exhibit 6, Socha Dep. 108:15 – 109:5; Exhibit 7, Clark Dep. at 32:9-33:13;  Exhibit 6, Socha Dep. at 89:4-11; Exhibit 6, Socha Dep. 108:15 – 109:5; Exhibit 7, Clark Dep. at 32:9-33:13.  *See also*, Exhibit 7, Randy Clark Dep. at 85:20-86:3.

27.    This is information within its own records, and within the direct personal knowledge of its CEO and President.  *Id.*

28.    They were well aware of their sales efforts.  *Id.*

29.    By the end of November, there had been a Target order, and a subsequent reduction of the order.  Exhibit 2 ¶49.

    B.    **CEO Socha and President Clark Were Aware The Information Was False**

30.    Mr. Socha testified that the designs were first shown in Hong Kong in October 2017.  Exhibit 5 (email), and Exhibit 6, Socha 2-25-20 Dep. at 86:20 - 88:19.

31.    In an email on October 15th (under the subject line "Squishamals") he stated that "We have a new line that is getting a lot of attention at the show in Hong Kong."  Exhibit 5.

32.    In Hong Kong, he showed the designs to "key partners," i.e., to overseas distributors.  Exhibit 6, Socha Dep. at 87:9-89:22, and Exhibit 5.

33.    The first samples were kept hidden beneath a food service tray.  Exhibit 15, Socha Dep. at 89:14-17.

34.    Mr. Socha testified that the designs were shown to their Australian distributor, their UK distributor, and their Canadian distributor, to get them to buy it.  Exhibit 6, Socha Dep. at 87:22-88:14.

35.   Randy Clark, the company president, was showing the designs at meetings, and Mr. Socha was at some of the meetings.  Exhibit 6, Socha Dep. at 89:4-11.  *See also*, Exhibit 7, Randy Clark Dep. at 85:20-86:3 (testifying that the designs were shown in Hong Kong in October).

36.   Beverly Hills then received commitments for purchases in October from their distributor in Australia (Exhibit 6, Socha Dep. 101:2-25), their distributor in the UK (id., Socha Dep. 99:7 - 100:12; 101:20 - 103:21), and so forth.

37.   Thereafter, Mr. Socha's company continued to offer the products for sale.  For example, its 30(b)(6) witness believed that their representative approached Five Below with artwork showing the line.  *Id.*, Socha Dep. 90:10 – 91:21.

38.   The artwork illustrating the intended designs was in final, or essentially final, form by the end of October.  Exhibit 6, Socha Dep. 107:16-24, 109:10-23; Exhibit 7, Clark Dep. 35:20-36:20.

39.   Artwork of displays for retail sales are attached as Exhibit 8.  Exhibit 8.

40.   Beverly Hills then offered the line for sale to Target at a sales meeting on November 2, 2017.  Exhibit 6, Socha Dep. 108:15 – 109:5; Exhibit 7, Clark Dep. at 32:9-33:13.

41.   Socha confirmed in his deposition that BHTBC showed Target the products, Target purchased them, and then BHTBC shipped them later.  Exhibit 3 at 107:9 - 109:8.

42.   BHTBC never produced in discovery a single document corroborating the alleged first publication dates in any of its asserted registrations.  Cohen Dec. ¶19.

## C.    The Unicorn Registration Also Has False Information

43.   BHTBC asserts that the unicorn had a date of first publication (February 27, 2018) which was later than December 2017 date of the other registrations, including the Narwhal.  *See*

*e.g.*, Exhibits 10 and 11.

44.     In its copyright application for the Unicorn, BHTBC did not inform the Copyright Office

that the unicorn was related to any prior published works, as shown by the contents of the

issued registration which does not list any such information.  Exhibit 11.

45.     In its copyright application for the Unicorn, BHTBC did not inform the Copyright Office

that the unicorn was related to any prior registrations, as shown by the contents of the

issued registration which does not list any such information.  Exhibit 11.

Dated:  December 18, 2023                    */s/Morris E. Cohen*

Morris E. Cohen (MC-4620)
Lee A. Goldberg (LG-9423)
GOLDBERG COHEN LLP
1350 Avenue of the America, 3rd Floor
New York, New York 10019
(646) 380-2084 (phone)
(646) 514-2123 (fax)
Mcohen@goldbergcohen.com
Lgoldberg@goldbergcohen.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, a true and correct copy of the foregoing was served via the Court's ECF system on counsel of record in this action.

Dated: December 18, 2023                    */s/Morris E. Cohen*_____
                                            Morris E. Cohen