# EXHIBIT 4



Genna Rosenberg <genna@genncomm.com>

## Squishamals CDU
1 message

**Randy Clark** <randy@plush.com>  Mon, Nov 27, 2017 at 3:04 PM
To: Genna Rosenberg <genna@genncomm.com>
Cc: Jeremy Medwed <jeremy@genncomm.com>

Hey Genna and Jeremy,

Good to catch up and thanks for the time. Attached is what we are pitching to customers for Squishamals.

Look forward to getting the provisional patent documents.

Thanks,
Randy

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.



**Squishamals_3halfinch_CDU.jpg**
918K

Exhibit 8

BHTBC004644
GENNCOMM 355