# EXHIBIT 8

CONFIDENTIAL

BHTBC001713



Exhibit 20

CONFIDENTIAL

BHTBC001714



Exhibit 20

CONFIDENTIAL



BHTBC001715

Exhibit 20

CONFIDENTIAL

BHTBC001716



Exhibit 20