# EXHIBIT 9

CONFIDENTIAL



BHTBC001358










