# EXHIBIT 11

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-231**

**Effective Date of Registration:**
July 19, 2018

## Title

**Title of Work:**   Squeezamals Series 1 White Cat

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   December 21, 2017
**Nation of 1ˢᵗ Publication:**   United States

## Author

●   **Author:**   Benson Tjio
**Author Created:**   sculpture
**Work made for hire:**   No
**Domiciled in:**   Indonesia

## Copyright Claimant

**Copyright Claimant:**   Beverly Hills Teddy Bear Company
                         24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Epstein Drangel LLP
**Name:**   Jason M. Drangel
**Email:**   mail@ipcounselors.com
**Telephone:**   (212)292-5390
**Address:**   60 East 42nd Street
               Suite 2520
               New York, NY 10165 United States

## Certification

**Name:**  Kerry B. Brownlee
**Date:**  July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-111-208

**Effective Date of Registration:**
July 20, 2018

*Kary A. Tingle*

Acting United States Register of Copyrights and Director

## Title
_____

**Title of Work:** Squeezamals Series 1 Monkey

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant
_____

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions
_____

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification
_____

**Name:** Kerry B. Brownlee
**Date:** July 20, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karen A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-230

**Effective Date of Registration:**
July 19, 2018

## Title

**Title of Work:** Squeezamals Series 1 Penguin

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2

**Name:** Kerry B. Brownlee
**Date:** July 19, 2018













se 1:19-cv-03766-GHW    Document 117-3    Filed 11/10/20    Page 25 of

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-112-188

**Effective Date of Registration:**
July 25, 2018

## Title
_____

**Title of Work:** Squeezamals Series 1 Unicorn

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** February 27, 2018
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant
_____

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions
_____

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification
_____

**Name:** Kerry B. Brownlee
**Date:**  July 25, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-693

**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:**    Squeezamals Series 1 Teal Cat

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification



**Name:**   Kerry B. Brownlee
**Date:**   July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kazy H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-140-694**

**Effective Date of Registration:**
July 19, 2018

## Title

| | |
|---|---|
| Title of Work: | Squeezamals Series 1 Duck |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | December 21, 2017 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Benson Tjio |
| Author Created: | sculpture |
| Work made for hire: | No |
| Domiciled in: | Indonesia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Beverly Hills Teddy Bear Company |
| | 24625 Railroad Avenue, Newhall, CA, 91321 |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Epstein Drangel LLP |
| Name: | Jason M. Drangel |
| Email: | mail@ipcounselors.com |
| Telephone: | (212)292-5390 |
| Address: | 60 East 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

## Certification



**Name:**   Kerry B. Brownlee
**Date:**   July 19, 2018



9-cv-03766-GHW    Document 117-4    Filed 11/10/20    Pag











## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-678

**Effective Date of Registration:**
July 23, 2018

---

### Title

| | |
|---|---|
| **Title of Work:** | Squeezamals Series 1 Ladybug |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 21, 2017 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Benson Tjio |
| **Author Created:** | sculpture |
| **Work made for hire:** | No |
| **Domiciled in:** | Indonesia |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beverly Hills Teddy Bear Company |
| | 24625 Railroad Avenue, Newhall, CA, 91321 |
| **Transfer statement:** | By written agreement |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Epstein Drangel LLP |
| **Name:** | Jason M. Drangel |
| **Email:** | mail@ipcounselors.com |
| **Telephone:** | (212)292-5390 |
| **Address:** | 60 East 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

### Certification



**Name:**  Kerry B. Brownlee
**Date:**  July 19, 2018











# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-140-680**

**Effective Date of Registration:**
July 19, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Squeezamals Series 1 Pink Owl |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 21, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benson Tjio |
| **Author Created:** | sculpture |
| **Work made for hire:** | No |
| **Domiciled in:** | Indonesia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beverly Hills Teddy Bear Company |
| | 24625 Railroad Avenue, Newhall, CA, 91321 |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Epstein Drangel LLP |
| **Name:** | Jason M. Drangel |
| **Email:** | mail@ipcounselors.com |
| **Telephone:** | (212)292-5390 |
| **Address:** | 60 East 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

## Certification

Page 1 of 2



**Name:**   Kerry B. Brownlee
**Date**:   July 19, 2018





-cv-03766-GHW   Document 117-4   Filed 11/10/20   Pag









Case 1:19-cv-03766-GHW   Document 117-4   Filed 11/10/20   Page 23 of 3:

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*signature*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-672

**Effective Date of Registration:**
July 19, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Squeezamals Series 1 Bunny |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 21, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benson Tjio |
| **Author Created:** | sculpture |
| **Work made for hire:** | No |
| **Domiciled in:** | Indonesia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beverly Hills Teddy Bear Company |
| | 24625 Railroad Avenue, Newhall, CA, 91321 |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Epstein Drangel LLP |
| **Name:** | Jason M. Drangel |
| **Email:** | mail@ipcounselors.com |
| **Telephone:** | (212)292-5390 |
| **Address:** | 60 East 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

## Certification

Page 1 of 2



**Name:** Kerry B. Brownlee
**Date:** July 19, 2018







766-GHW   Document 117-4   Filed 11/10/2(







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-676

**Effective Date of Registration:**
July 19, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Squeezamals Series 1 Fox |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 21, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benson Tjio |
| **Author Created:** | sculpture |
| **Work made for hire:** | No |
| **Domiciled in:** | Indonesia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beverly Hills Teddy Bear Company |
| | 24625 Railroad Avenue, Newhall, CA, 91321 |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Epstein Drangel LLP |
| **Name:** | Jason M. Drangel |
| **Email:** | mail@ipcounselors.com |
| **Telephone:** | (212)292-5390 |
| **Address:** | 60 East 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

## Certification



**Name:** Kerry B. Brownlee
**Date:** July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kazy H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-679

**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 Pig

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
**Author Created:** sculpture
**Work made for hire:** No
**Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification



**Name:**   Kerry B. Brownlee
**Date:**    July 19, 2018













## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-140-698

**Effective Date of Registration:**
July 19, 2018

---

### Title

**Title of Work:**  Squeezamals Series 1 Narwhal

### Completion/Publication

**Year of Completion:**  2017
**Date of 1st Publication:**  December 21, 2017
**Nation of 1st Publication:**  United States

### Author

- **Author:**  Benson Tjio
 **Author Created:**  sculpture
 **Work made for hire:**  No
 **Domiciled in:**  Indonesia

### Copyright Claimant

**Copyright Claimant:**  Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:**  By written agreement

### Rights and Permissions

**Organization Name:**  Epstein Drangel LLP
**Name:**  Jason M. Drangel
**Email:**  mail@ipcounselors.com
**Telephone:**  (212)292-5390
**Address:**  60 East 42nd Street
Suite 2520
New York, NY 10165 United States

### Certification

Page 1 of 2



**Name:** Kerry B. Brownlee
**Date:** July 19, 2018





se 1:19-cv-03766-GHW   Document 117-5   Filed 11/10/20   Page 21 of





9-cv-03766-GHW    Document 117-5    Filed 11/10/20    Page



1:19-cv-03766-GHW   Document 117-5   Filed 11/10/20   Page 23

