# EXHIBIT 12

# Exhibit 12

Comparison of the Unicorn

to Examples of Previously Published Works

Comparison of the Unicorn (top) to the Narwhal (bottom)

(e.g., the horn, eyes, cheeks, and mouth)





Comparison of the Unicorn (top) to the Teal Cat (bottom)

(e.g., the ears and feet)



