```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 BEVERLY HILLS TEDDY BEAR
 COMPANY,

                                        Plaintiff,           ORDER SCHEDULING
                     -against-                               SETTLEMENT CONFERENCE

 BEST BRANDS CONSUMER PRODUCTS, INC., et al                  19-CV-3766 (AS)

                                        Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Monday, April 8, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received by the Court no later **Monday, April 1, 2024**.

SO ORDERED.

Dated: January 12, 2024
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge