# EXHIBIT 2

**CONFIDENTIAL**

## Dwana Dixon

**From:** David Socha <david@plush.com>
**Sent:** Friday, October 27, 2017 11:23 PM
**To:** Randy Clark
**Cc:** AllenChan
**Subject:** Re: Squishamals URGENT

Thanks Allen. Exciting times!

Sent from my iPhone

On Oct 27, 2017, at 4:19 PM, Randy Clark <randy@plush.com> wrote:

> Also, IMPORTANT AND URGENT:
>
> We have a huge meeting with the VP of Toys at Target to try and get them to buy huge on Squishamals. The meeting is this coming Thursday. I need at least two samples of the 8" Squishamals sample by then. If we could get the Dog and Cat in 8" style for the Target meeting. Please make sure to put a BHTB tag on it and not ▓▓▓▓▓▓▓▓
>
> Also, please also send the 3.5" styles that you recently sampled and sent pictures via WhatsApp like the Narwhal, Monkey, Owl, Chick, Bear, etc direct to the below address as well!
>
> It must **arrive** by Wednesday LATEST to:
>
> Wilko Group
> Attn: Neil Kohler
> 923 Nicollet Mall
> Suite 350
> Minneapolis, MN 55402
>
> Thank you,
> Randy
>
> **From:** Randy Clark <randy@plush.com>
> **Date:** Friday, October 27, 2017 at 3:57 PM
> **To:** AllenChan ▓▓▓▓▓▓▓▓
> **Subject:** Squishamals


EXHIBIT 29
WIT: _____
DATE: _____
E. Mulvenna, CSR/RMR/CRR

> Hi Allen,
>
> Attached are the 16 styles of the animals for Squishamals. Please note the eyes and pay close attention to them. We need these to be super cute.
>
> Please start to prepare samples for the clip on size and the 3.5" size. I will let you know the styles shortly for the 8" as we do not need 16 styles in the 8" size.
>
> Also, what day can you have the Puchi Gumi body style done on the 3.5" and 8"?

1

BHTBC001638

Exhibit 2

CONFIDENTIAL

Thanks,
Randy

2

BHTBC001639