UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY HILLS TEDDY BEAR COMPANY<br><br>Plaintiff,<br><br>v.<br><br><br>BEST BRANDS CONSUMER PRODUCTS, INC., and BEST BRANDS SALES COMPANY, LLC<br><br>Defendants. | Civil Action No.:<br><br>1:19-cv-3766 (AS) |

**SUPPLEMENTAL DECLARATION OF MORRIS E. COHEN
IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OF COPYRIGHT INVALIDITY**

I, Morris E. Cohen, an attorney with Goldberg Cohen LLP ("GC"), counsel to Defendants in this action, declare the following under penalty of perjury:

1. Attached as Exhibit 1 to Defendants' Reply Brief is a true and correct copy of an excerpt from the U.S. Copyright Office's Copyright Compendium 3rd §1906.1 (Sept. 29, 2017), with a portion highlighted by undersigned counsel.

2. Attached as Exhibit 2 to Defendants' Reply Brief is a true and correct copy of emails of BHTBC produced in discovery in this matter under Bates number BHTBC001638-1639.

Dated:  January 29, 2024                    */s/ Morris E. Cohen*
                                            Morris E. Cohen

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, a true and correct copy of the foregoing was served on counsel of record via the Court's ECF system.

Dated: January 29, 2024             */s/ Morris E. Cohen*

                                    Morris E. Cohen