UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY HILLS TEDDY BEAR COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>BEST BRANDS CONSUMER PRODUCTS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | 19-CV-03766 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Some of the exhibits attached to Defendants' Rule 56.1 Statement (dkt. 293) are marked as "Filed Under Seal." But it does not appear that these exhibits were ever filed. These exhibits must be filed under seal on the docket so that the Court can access them by Wednesday, March 6, 2024.

　　SO ORDERED.

Dated: March 5, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge